

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEF
F. #2021R00288

*610 Federal Plaza*
*Select City & State*

March 24, 2021

<u>By E-mail</u>

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. David Corwin
     <u>Docket No. 21-MJ-357 (ARL)</u>

Dear Judge Lindsay:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety, including the complaint and arrest warrant.

          Respectfully submitted,

          MARK J. LESKO
          Acting United States Attorney

     By:    /s/
          Megan E. Farrell
          Assistant U.S. Attorney
          (631) 715-7862

Enclosure

cc: Clerk of Court (by ECF)
   Randi Chavis, Esq. (by ECF)

MEF
F.# 2021R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID CORWIN,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

21-MJ-357 (ARL)

     Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Megan E. Farrell, for an order unsealing the above-captioned matter in its entirety, including the complaint and arrest warrant.

     WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Central Islip, New York
             March 24     , 2021

_____
HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK