**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

**UNITED STATES OF AMERICA,**                    **21-MJ-357**

                    - against -                                  **NOTICE OF**
                                                                         **APPEARANCE**

**DAVID CORWIN**

                              **Defendant.**
-------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Anthony M. Grandinette, of The Law Office of Anthony

M. Grandinette, herby appears on behalf of Defendant, David Corwin, and demands that all

papers pertaining to this action be served accordingly as listed below.

Dated: Mineola, New York
          March 29, 2021

                              Anthony M. Grandinette (AMG5913)
                              The Law Office of Anthony M. Grandinette
                              114 Old Country Road, Suite 420
                              Mineola, New York 11501
                              (516) 877-2889
                              GrandinetteLaw@gmail.com

CC: All counsel via ECF