UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**   **DATE: 3/24/2021**
United States Magistrate Judge
**TIME: 1:00**

**DOCKET NO: 18-4242 (GRB)**

**CASE: Gatsby Yacht Group, LLC v. M/Y "East Bound & Down"**

___  INITIAL CONFERENCE
_X_  STATUS CONFERENCE
___  SCHEDULING CONFERENCE       **BY TELEPHONE _X_**
___  SETTLEMENT CONFERENCE
___  FINAL CONFERENCE
___  DISCOVERY CONFERENCE

|  | **APPEARANCES:** | **FOR PLAINTIFF:** | **FOR DEFENDANTS:** |
|---|---|---|---|
|  |  | Steven D DiLibero (Gatsby Yacht Group & Lenmarine, Inc.) | Randy Zelin (M/Y "East Bound & Down" & Matthew Proman) |
|  |  | Robert E. Kiely (SK Marine Electronics, Inc.) | Interested Party: James Mercante (Standard Fire Ins. Co.) |

**The following rulings were made:**

   All parties are directed to meet and confer with respect to settlement before the next conference scheduled for April 15, 2021 at 11:00 a.m. The Court will initiate the conference call. The parties are directed to dial (888) 278-0296 at the scheduled time to access the call center. At the prompt enter access code 9424335.

**SO ORDERED:**

/s/
