**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**MINUTE ENTRY FOR A CRIMINAL PROCEEDING**
☐ SEALED PROCEEDING

**BEFORE**: Judge Joanna Seybert
**DATE**: 4 / 27 / 2021
**TIME**: 12:00 PM ____ (Hrs.) 30 (Mins.)
**DOCKET**: 21 - cr - 0218 ( JS )( ARL )
**TITLE**: USA v. Corwin

**APPEARANCES**:
**DEFENDANT**: David Corwin       Deft. # 1     **COUNSEL**: Anthony Grandinette
☑ Present  ☐ Not Present  ☐ In Custody  ☑ On Bond  ☐ Surrendered     ☑ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

**DEFENDANT**: _____  Deft. # ____   **COUNSEL**: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered     ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

**DEFENDANT**: _____  Deft. # ____   **COUNSEL**: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered     ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

**DEFENDANT**: _____  Deft. # ____   **COUNSEL**: _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered     ☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

**GOVERNMENT**: Megan Farrell             **COURT REPORTER**: Owen Wicker

**PROBATION/PRETRIAL**: Mallori Brady     **FTR TIME**: _____

**INTERPRETER**: _____   **COURTROOM DEPUTY**: Eric Russo
☐ Sworn  ☐ Spanish  ☐ Other: _____

☐ SEE ADDITIONAL APPEARANCES PAGE

---

**THE FOLLOWING PROCEEDINGS WERE HELD**:
☑ Arraignment
☑ Bond Application/Modification Hearing
☐ Curcio Hearing
☐ Detention Hearing
☐ Evidentiary Hearing
☐ Fatico Hearing
☑ Initial Appearance

☐ Motion Hearing/Oral Argument
☐ Plea Hearing
☐ Preliminary Hearing
☐ Sentencing/Re-Sentencing
☐ Status/Pre-Trial Conference
☐ Other: _____

☑ The above proceedings were held regarding the charges outlined in the: Indictment filed 4/20/2021.

☑ Arraignment held.
   ☑ Initial appearance of defendant ____1____ before this Court.
   ☐ A Notice of Appearance was executed by defense counsel as to defendant _____.
   ☐ Defendant _____ submitted the Financial Affidavit form for the Court's review.
   ☐ The Federal Defenders were appointed as to defendant _____.
   ☐ An Order Appointing CJA Counsel was executed as to defendant _____.
   ☐ A Waiver of Indictment was filed as to defendant _____.
   ☑ Defendant ____1____ waived the public reading of the above charging instrument.
   ☐ Defendant _____ was read and understood the charges outlined in the charging instrument.
   ☑ Defendant ____1____ entered a plea of not guilty to all counts of the above charging instrument.
   ☐ Defendant _____ waived the right to a Preliminary Hearing.
   ☐ Defendant _____ did not waive the right to a Preliminary Hearing.

- ☑ Defendant _____1_____ waived Speedy Trial from  4 /27 / 2021  to  7 / 7 / 2021  for purposes of: Exchanging of discovery and in the interest of justice _____. Excludable Code(s): ____XT____.
- ☐ Defendant _____ did not waive Speedy Trial.
- ☑ The Government was advised of, and acknowledged, its obligation under Rule 5(f) of the F.R.Cr.P. and the Due Process Protections Act to disclose all information to the defendant(s) and their counsel. The Court will issue a written order.
- ☑ See below for additional details and/or the scheduling of further proceedings.

☐ Preliminary Hearing held.
- ☐ Witness(es) for the Government called and sworn; testimony given.
- ☐ Witness(es) for the Defense called and sworn; testimony given.
- ☐ Exhibits were entered into evidence.
- ☐ The Court found that there was probable cause to believe that an offense had been committed by the defendant.
- ☐ The Court found that there was no probable cause to believe that an offense had been committed by the defendant and that the charge(s) outlined in the above charging instrument were dismissed, and the defendant was discharged.
- ☐ See below for additional details and/or the scheduling of further proceedings.

☐ Status/Pre-Trial Conference held.
- ☐ The parties advised the Court of the status of the case.
- ☐ Defendant _____ waived Speedy Trial from ___/___/_____ to ___/___/_____ for purposes of: _____. Excludable Code(s): _____.
- ☐ Defendant _____ did not waive Speedy Trial.
- ☐ The Government was granted leave to file their motion.
- ☐ Defendant _____ were granted leave to file their motion.
- ☐ The parties agreed to the following briefing schedule:
    - ☐ Government Motion due by:     ___/___/_____      ☐ Defendant Motion due by:      ___/___/_____
    - ☐ Defendant Response due by:    ___/___/_____      ☐ Government Response due by:   ___/___/_____
    - ☐ Government Reply due by:      ___/___/_____      ☐ Defendant Reply due by:       ___/___/_____
- ☐ The parties were directed to file a proposed briefing schedule for court approval on or before ___/___/_____.
- ☐ The Court respectively refers the motion(s) to Magistrate Judge _____:
    - ☐ for purposes of submitting a Report and Recommendation for this Court's consideration.
    - ☐ to rule on the motion(s) in its entirety.
- ☐ The Court deemed this case ready for trial.
- ☐ The parties were directed to file their motion(s) *in limine* in accordance with the following briefing schedule:
    - ☐ Motion(s) due by:        ___/___/_____
    - ☐ Response(s) due by:      ___/___/_____
    - ☐ Reply(ies) due by:       ___/___/_____
    - ☐ Fully briefed motion(s) due by: ___/___/_____
- ☐ The parties were directed to file their proposed *voir dire* by:          ___/___/_____.
- ☐ The parties were directed to file their proposed *request to charge* by:  ___/___/_____.
- ☐ See below for additional details and/or the scheduling of further proceedings.

☐ Motion Hearing/Oral Argument held regarding _____.
- ☐ Parties arguments were heard.
- ☐ Witness(es) for the Government called and sworn; testimony given.
- ☐ Witness(es) for the Defense called and sworn; testimony given.
- ☐ Exhibits were entered into evidence.
- ☐ The motion was:  ☐ granted;  ☐ denied;  ☐ granted, in part, and denied, in part.
- ☐ The decision was:  ☐ entered on the record;  ☐ reserved.
- ☐ The Court will issue a written decision.
- ☐ See below for additional details and/or the scheduling of further proceedings.

*Revised*: 3/17/2021 (clr)

- ☐ Plea Hearing held.
    - ☐ The defendant was sworn and informed of his/her rights.
    - ☐ The defendant withdrew previously entered not guilty plea and entered a plea of guilty to count(s) _____.
    - ☐ The Court found that the defendant was acting voluntarily, fully understood his/her rights and the consequences of his/her plea, that there was a factual basis for the plea, and accepted the defendant's plea of guilty.
    - ☐ The Conviction Notification Form was executed.
    - ☐ A Preliminary Order of Forfeiture was executed.
    - ☐ See below for additional details and/or the scheduling of further proceedings.

- ☐ Evidentiary Hearing held.
    - ☐ Parties arguments were heard.
    - ☐ Witness(es) for the Government called and sworn; testimony given.
    - ☐ Witness(es) for the Defense called and sworn; testimony given.
    - ☐ Exhibits were entered into evidence.
    - ☐ The decision was: ☐ entered on the record; ☐ reserved.
    - ☐ The Court will issue a written decision.
    - ☐ See below for additional details and/or the scheduling of further proceedings.

- ☐ Curcio Hearing held.
    - ☐ Parties arguments were heard.
    - ☐ The defendant was informed of the potential danger(s) arising from any conflict(s) of interest.
    - ☐ The defendant understood and waived any potential conflict(s) of interest and wishes to proceed with current counsel.
    - ☐ The defendant wishes to relieve current counsel and retain new counsel or have new counsel appointed by the Court.
    - ☐ See below for additional details and/or the scheduling of further proceedings.

- ☐ Fatico Hearing held.
    - ☐ Parties arguments were heard.
    - ☐ Witness(es) for the Government called and sworn; testimony given.
    - ☐ Witness(es) for the Defense called and sworn; testimony given.
    - ☐ Exhibits were entered into evidence.
    - ☐ The decision was: ☐ entered on the record; ☐ reserved.
    - ☐ The Court will issue a written decision.
    - ☐ See below for additional details and/or the scheduling of further proceedings.

- ☐ Sentencing/Re-Sentencing held on count(s) _____ of the above charging instrument.
    - ☐ Statements were heard from: ☐ Defense counsel; ☐ Defendant; ☐ Government; ☐ Victim(s).
    - ☐ The defendant was sentenced to be imprisoned for a total term of:
        - ☐ _____ ☐ months; ☐ years.
            - ☐ The Time Served Order was executed, and the defendant is to be released forthwith.
        - ☐ Upon release from imprisonment, the defendant shall be on supervised release for a total term of:
            - ☐ _____ ☐ months; ☐ years.
            - ☐ The defendant shall comply with all standard conditions of supervision.
            - ☐ The defendant shall comply with all special conditions of supervision outlined on the record.
        - ☐ The Court did not impose a term of supervised release.
    - ☐ The defendant was sentenced to probation for a total term of:
        - ☐ _____ ☐ months; ☐ years.
        - ☐ The defendant shall comply with all standard conditions of supervision.
        - ☐ The defendant shall comply with all special conditions of supervision outlined on the record.
    - ☐ The defendant must pay restitution in the total amount of $_____.
        - ☐ The defendant must pay interest on restitution of more than $2,500.00.
        - ☐ The Court determined that the defendant does not have the ability to pay interest and it was ordered that:
            - ☐ the interest requirement is waived.
            - ☐ the interest requirement is modified as stated on the record.

*Revised*: 3/17/2021 (elr)

- ☐ Restitution ☐ was not ordered; ☐ was not applicable; ☐ was paid in full.
- ☐ The determination of restitution was deferred until ___/___/_____.
- ☐ The defendant must pay a fine in the total amount of $_____.
    - ☐ The defendant must pay interest on a fine of more than $2,500.00.
    - ☐ The Court determined that the defendant does not have the ability to pay interest and it was ordered that:
        - ☐ the interest requirement is waived.
        - ☐ the interest requirement is modified as stated on the record.
- ☐ A fine  ☐ was not ordered; ☐ was not applicable; ☐ was paid in full.
- ☐ The determination of a fine was deferred until ___/___/_____.
- ☐ The defendant must pay a Special Assessment fine in the total amount of $_____, due immediately.
- ☐ The defendant  ☐ was advised of; ☐ has waived   his/her right to appeal.
- ☐ The Preliminary Order of Forfeiture dated ___/___/_____ was adopted as the Final Order of Forfeiture.
- ☐ A Final Order of Forfeiture was executed.
- ☐ All open counts were dismissed on the motion of the United States.
- ☐ See below for other sentencing conditions ordered.

**THE FOLLOWING RULINGS WERE MADE REGARDING DEFENDANT RELEASE STATUS:**

- ☑ Bond Application/Bond Modification/Detention Hearing held.
    - ☐ Defendant _____ did not present a bond application to the Court.
        - ☐ An Order of Detention Pending Trial was executed as to defendant _____.
        - ☐ An Order Scheduling a Detention Hearing was executed as to defendant _____.
    - ☐ The bond application/modification was granted as to defendant _____.
        - ☐ An Order Setting Conditions of Release and Bond was executed as to defendant _____.
        - ☐ Defendant _____ condition(s) of release were modified as stated on the record.
            - ☐ An amended Order Setting Conditions of Release and Bond was executed as to defendant _____.
    - ☐ The bond application/modification was denied as to defendant _____.
        - ☐ An Order of Detention Pending Trial was executed as to defendant _____.
    - ☐ The Government moved for immediate detention of defendant _____.
        - ☐ The motion was: ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
            - ☐ An Arrest Warrant was executed as to defendant _____.
            - ☐ An Order of Detention Pending Trial was executed as to defendant _____.
            - ☐ An amended Order Setting Conditions of Release and Bond was executed as to defendant _____.
    - ☐ The decision was reserved.
        - ☐ An Arrest Warrant was executed as to defendant _____.
        - ☐ An Order Scheduling a Detention Hearing was executed as to defendant _____.
        - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to defendant _____.
    - ☐ A Medical Evaluation Order was executed as to defendant _____.
    - ☑ See below for additional details and/or the scheduling of further proceedings.

- ☐ The defendant was granted leave to surrender for the service of his/her sentence at the institution designated by the Federal Bureau of Prisons before 2:00 PM on ___/___/_____. The defendant will remain on bond, under the supervision of Pretrial Services, until the set surrender date.
    - ☐ The US Marshals Voluntary Surrender form was executed.

- ☐ The defendant was directed to report to the US Probation Department. The defendant will remain on bond, under the supervision of the US Probation Department, with the conditions set forth on the record until the completion of his/her term of probation.

- ☐ Defendant _____ remain(s) in custody.
    - ☐ A Medical Evaluation Order was executed as to defendant _____.

- ☑ Defendant _____1_____ remain(s) on bond.

- ☐ Defendant _____ to be released forthwith, or as soon as possible, pending the appropriate release procedures.

Revised: 3/17/2021 (elr)

**OTHER RULINGS MADE DURING THE PROCEEDINGS**:

☐ The parties moved to seal the record of the proceedings and the application was granted. Transcripts of this proceeding can be made available to the Court, defendant/defense counsel, and the Government only.

☑ Other:

- The Government moved to modify the defendant's conditions of supervision pursuant to Pretrial's Violation Memorandum filed on 4/23/2021 (DE 10). The motion was granted, in part, and denied, in part. The defendant was ordered to surrender his lap top device to Pretrial Services within 24 hours and shall be permitted to replace that device with a Samsung brand smartphone.

**THE FOLLOWING CONFERENCES/HEARINGS WERE SET:**

☐ No further conferences or hearings have been set at this time.
☐ See below for conference/hearing dates set.
☐ Bond Application Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Bond Modification Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Curcio Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Detention Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Evidentiary Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Fatico Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Jury Selection set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
  ☐ On consent of all parties, the jury selection will be held before Magistrate Judge _____.
☐ Jury Trial set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Motion Hearing/Oral Argument set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Plea Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Preliminary Hearing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Re-Sentencing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☐ Sentencing set for: ___/___/_____ at ___:___ ____ before _____, courtroom _____.
☑ Status Conference set for: 7/7/2021 at 10:00 AM before Judge Joanna Seybert, courtroom see below.

☑ Other/Special Instructions regarding conferences/hearings set:

- The conference will be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: 877-336-1839, access code 7231185.