**The Law Office of**
# ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

January 10, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re: Speedy Trial Waiver
          USA v. David Corwin
          21-CR-0218(JS)(ARL)

Dear Judge Sybert:

  As you know I represent David Corwin in the above captioned action. On December 14, 2021, Mr. Corwin's plea hearing was adjourned to January 31, 2022, to afford AUSA Megan Farrell and I time to finalize the parameters of a plea agreement.

  Mr. Corwin consents to the exclusion of this time, December 14, 2021-January 31, 2022, from the Speedy Trial Act.

            Respectfully submitted,

            Anthony M. Grandinette

AMG/dg
cc: AUSA Megan Farrell via ECF and Email