

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEF
F. #2021R00288

*610 Federal Plaza*
*Central Islip, New York 11722*

January 28, 2022

<u>By ECF</u>
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

      Re:    <u>United States v. David Corwin</u>
             <u>Criminal Docket No. 21-218 (JS)</u>

Dear Judge Seybert:

      I write to request that the status conference for David Corwin, currently scheduled for January 31, 2022, be rescheduled for a date during the second week of March 2022 that is convenient for the Court. The government previously provided discovery to the defendant in accordance with Rule 16, and the parties are engaged in ongoing plea negotiations, which will hopefully end in a resolution and thereby avoid the need for trial. The government has conferred with counsel for the defendant regarding this request and counsel joins in the application. Thus, the parties request that time between January 31, 2022 and the date chosen by the Court for the next status conference be excluded under the Speedy Trial Act.

      Thank you for your consideration of this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Megan E. Farrell
      Megan E. Farrell
      Assistant U.S. Attorney
      (631) 715-7862

Cc:    Anthony Grandinette, Esq. (by email and ECF)