

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2021R00288

*610 Federal Plaza*
*Central Islip, New York 11722*

April 11, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. David Corwin
                 Criminal Docket No. 21-218 (JS)

Dear Judge Seybert:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, David Corwin, also known as "Joe Klein," has agreed to in connection with his guilty plea accepted by Your Honor on March 7, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                      By:    /s/ Madeline O'Connor
                              Madeline O'Connor
                              Assistant U.S. Attorney
                              (631) 715- 7870

Encl.:  Preliminary Order of Forfeiture
cc:      Counsel of Record (by ECF)