**The Law Office of**
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

August 25, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                              Re:    1st Request Adj. Sentence
                                       USA v. David Corwin
                                       21-CR-0218(JS)(ARL)

Dear Judge Seybert:

      As you know I represent David Corwin in the above captioned action. Mr. Corwin's sentencing hearing is scheduled for Wednesday September 7, 2022, at 2 PM.

      I write to request an extension of time to submit the Defendant's sentencing memorandum until October 7, 2022. By extension, I would ask to reschedule Mr. Corwin's sentencing to November 7, 14, or 18, 2022. My colleague, AUSA Megan Farrell, consents to my application and no prior application for an extension has been made.

      This additional time will also afford me the opportunity to try and settle the restitution claims referenced in the second addendum to the PSR served on my office last Friday August 19, 2022.

                                                                    Respectfully submitted,

                                                                    Anthony M. Grandinette

AMG/mk
cc: AUSA Megan Farrell via ECF and Email

1