The Law Office of
# ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

October 27, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: USA v. David Corwin
2:21-CR-00218 JS

Dear Judge Seybert:

     I represent David Corwin in the above captioned criminal action. Procedurally, Mr. Corwin was arrested on March 24, 2021, entered a plea on March 7, 2022, and is scheduled for sentencing on November 18, 2022, at 2:00 PM. By Electronic Order dated August 26, 2022, Plaintiff was directed to submit his Sentencing Memorandum on or before November 10, 2022.

     As Your Honor is aware, this case involves a plea under count one of the indictment to Receipt of Child Pornography. Two psychosexual evaluations were prepared in this case. The first report was prepared by Dr. Theresa DeSantis, Director of First Light Psychological Services, dated April 21, 2021, at the direction of the Court, post arraignment. The second report was prepared by Dr. N.G. Berrill, Director of New York Forensic, dated October 25, 2021, who was retained as an expert by the defense. Both reports are discussed in the Pre-Sentence Report prepared by the USPO, and in Mr. Corwin's Combined Objections to Pre-Sentence Investigation Report and Sentencing Memorandum.

     Due to the sensitive personal nature of some of the contents contained in both reports, Plaintiff seeks permission to file partially redacted reports from each Psychologist on the ECF system. More specifically, Plaintiff seeks permission to file the version of Dr. DeSantis' report which excludes the Sexual History and Psychosexual Sections of her report on ECF, while submitting the unredacted version to chambers.[1] Likewise, the Plaintiff seeks permission to submit a partially redacted version of Dr. Berrill's report, involving the same subject matters redacted from Dr. DeSantis' report on ECF, while submitting the unredacted version to chambers.

                          Respectfully submitted,

                          Anthony M. Grandinette

AMG/mk
cc: All counsel via ECF

---

[1] Both the USPO and USAO are in possession of the unredacted reports of Dr. DeSantis and Dr. Berrill.

1