Timeline of Mr. Corwin's contributions to the Village of Greenport Village:

**Trustee Village of Greenport**

April 1987 to April 1991 Trustee of Village of Greenport, elected position with modest salary. Duties: attend one work session and one regular meeting per month.

April 2007 to April 2008 appointed Trustee for a term of one year. No salary was received. Attended one work session and one regular meeting per month.

**Zoning Board of Appeals**

April 2010 to April 2021 ZBA board member. Duties: Attend one board meeting per month. Board meeting were in the evening and lasted two to three hours, sometimes less. Duties where to grant variances from the zoning code of the Village of Greenport. Generally, set-back requirements for swimming pools or kitchen expansions and the like, occasionally larger projects.

The zoning board members receive no compensation serving as volunteers. Interaction with village staff was generally limited to village administrator, building inspector and board clerk.

**Conservation Advisory Council**

April 2010 to April 2021. CAC members reviewed Wetlands applications and made a non-binding recommendation to the Village Board. Meeting and inspection of projects took place perhaps once every three months. No compensation was received for CAC meeting. The councilor position was voluntary. The interaction to village staff was limited to the village administrator.

**Village of Greenport Planning Board**

David was a member then chairman of the Planning Board in the mid to late 1980s. Duties where to review applications for change of use of existing building and review proposals for new structures. There was no compensation for this position. Members served voluntarily.

**Stirling Historical Society of Greenport**

David was trustee of the Stirling Historical Society from sometime in 2013 until March 2021. The SHS is a small struggling organization. David served as the Building and Grounds committee.

Projects he was involved with included but where not limited to: attended regular meetings, maintained the member database, wrote the book Greenport in Postcards with member Gail Horton for Arcadia publishing, worked on water infiltration to the basement of the Berger House, set up the whaling display in "the Whale Room", oversaw installation of a new heat pump in the Berger House and a new furnace in the Ireland House, compositions for the SHS newsletter and occasionally served as a docent for the Ireland House museum.

Work on the basement of the Berger House consisted of waterproofing the foundation which took on water. David hired laborers to dig around the foundation and apply waterproofing. David paid for the laborers out of his own pocket.

David also paid to have the soffit on the Ireland House repaired out of his own pocket.

David set up the whale room display with the help of local historian Cliff Benecerft. Cliff lent a unique collection of whale processing tools. David landed the SHS Skinner Family memorabilia including

scrimshaw, Indian artifacts and a Surveyor of the Port Certificate signed by Abram Lincoln among other things which contributed greatly to the whale room museum.