# THE NEW YORK CENTER FOR NEUROPSYCHOLOGY & FORENSIC BEHAVIORAL SCIENCE

N.G. BERRILL, PH.D.                                              DRBERRILL@GMAIL.COM

EXECUTIVE DIRECTOR

## PSYCHOSEXUAL EVALUATION

**NAME:**            *CORWIN*, David S.

**AGE:**             73-years-old (DOB 4/13/48)

**DATE SEEN:**       9/2/21 and 9/29/21

**REFFERED BY:**     Anthony M. Grandinette, Esq.

---

## REASON FOR REFERRAL

This 73-year-old man was seen for this psychosexual work-up at the request of his attorney, Mr. Anthony M. Grandinette, in light of criminal charges currently being held against him through the United States District Court, Eastern District of New York for charges related to possession of child pornography.

## EVALUATION MEASURES

- Clinical Interview
- Mental Status Examination

**Psychological/Psychosexual Testing:**

- Millon Clinical Multiaxial Inventory, 4th Edition (MCMI-IV)
- Abel Assessment (AASI-3 VRT)
- New York Forensic Sexual History Questionnaire
- New York Forensic Internet Sexual Activity Questionnaire
- Bumby Cognitive Distortions Scales: The MOLEST Scale
- Abel and Becker Sexual Interest Card Sort

## COLLATERAL SOURCES OF INFORMATION

1). The Complaint, United States District Court, Eastern District of New York, The United States of America against David Corwin;

2). A letter written by Anthony M. Grandinette, Esq., dated 7/28/21, to AUSA Megan Farrell, United States Attorney's Office, concerning Mr. Corwin's psychosexual screening and psychopathy/potential danger to the community;

3). A letter written by Anthony M. Grandinette, Esq., dated 7/6/21, to AUSA Megan Farrell, United States Attorney's Office, concerning the possibility of a plea request;

4). Photocopy of a book that was co-authored by David S. Corwin,

2

concerning a postcard history series, Greenport, New York;

5). Psychosexual evaluation conducted on Mr. Corwin, dated 4/21/21, signed by Theresa DeSantis, Ph.D.;

6). A letter written by Lloyd Simon, MD, dated 2/28/03 and 11/14/02, which reflects Dr. Simon's diagnosis of Mr. Corwin, which is chronic fatigue syndrome;

7). A chart note submitted by South Shore Neurologic Associates for David Corwin, dated 9/13/21, which addresses Mr. Corwin's obvious tremors. These notes reflect the location of abnormal movements in the head and abnormal movements bilaterally, in his hands. Pertinent negatives include arthritis, confusion, dizziness, falling, headache, joint pain, light-headedness, myalgia, neck stiffness, pain, paresthesia, pharyngitis rash, restlessness, speech difficulty, tingling and weakness, as well as very mild bradykinesia. His neurology report also includes chronic fatigue syndrome with a formal diagnosis of essential tremor;

8). Physician's notes (physician's name unclear). These notes were printed on 5/20/21, however, the records were signed and authorized by Sally Monahan, nurse practitioner and include a diagnosis of chronic fatigue syndrome. Mr. Corwin submitted a handwritten note, along with a typed DSC medical history which describes the sudden onset of chronic fatigue syndrome in March of 1983 and references are made to Mr. Corwin visiting the Lahey Clinic in Boston. His records indicate that between 1948 and 1983, he enjoyed "good health." According to Mr. Corwin, he suffers from chronic fatigue, problems concentrating, poor sleep patterns, dizzy spells, intermittent malais which sometimes lasts three or four days, constant tremors which developed in 2015 and often experiences himself as being in a mental "fog."

3

## CLINICAL INTERVIEW

**Mr. David S. Corwin** was seen for clinical interviews and psychometric assessment on two separate dates (see above).

He provided the following information during the course of this examination: Mr. Corwin is 73-years-old, born 4/13/48 in Greenport, New York and raised in Greenport. He indicated that he has lived there his entire life there but pointed out that he lived briefly, in Florida. He was raised by his parents, both of whom are deceased. He characterized his father as a carpenter and his mother, as a registered nurse.

Mr. Corwin has one younger brother who resides in Alaska and reported that he is not terribly close to his brother. He reported that his brother was a source of friction between Mr. Corwin and his father. He indicated that his brother was "deemed to be the chosen one" by his father.

He denied witnessing domestic violence in his home as a youngster but reported that he was verbally abused by his father. Mr. Corwin indicated that as a young boy, his father referred to him as "'spastic'" and a "'miscarriage.'" He reported that his father taunted him and said that he would never be able to attend college.

Mr. Corwin reported that he was raised in the Methodist faith but is not terribly religious.

Presently, Mr. Corwin lives on his own, in his family's home.

He denied having been physically or sexually abused during his childhood.

A family history significant for psychiatric illness was denied.

With respect to family substance abuse, Mr. Corwin reported his entire family

4

having problems with alcohol, which includes his father, mother and brother.

Family medical problems include heart disease and cancer.

Family legal problems were denied.

In terms of his early years, Mr. Corwin described his birth as a "hard birth." He denied a history of developmental anomalies. He denied a significant childhood medical history.

As an adult, he reported that he has suffered from chronic fatigue syndrome for many years and now suffers from chronic tremors.

At the time of this evaluation, Mr. Corwin had just begun to consult with an neurologist in Suffolk County. He reported that he is not taking medication but indicated that he was provided with a prescription for Gabapentin, following cataract surgery. He indicated that he had not been taking this medicine for quite some time when he was seen at New York Forensic for this work-up because it resulted in blurred vision.

With respect to substance abuse, Mr. Corwin reported that he has smoked marijuana over the years, stating that for the past 25 years or so, he has smoked marijuana daily. He indicated that he stopped smoking marijuana following his arrest in connection to the instant offense.

Educationally, Mr. Corwin reported that he received a bachelor's degree in civil engineering from the University of Miami.

Occupationally, he reported that he was trained and worked as a civil engineer for Parks & Recreation, in addition to other engineering firms, as well as working on bulkheads and docks, until he became ill in approximately 1993. He reported that he has been disabled for the past 20 years. He indicated that he collects Social Security benefits.

Mr. Corwin reported that owing to chronic fatigue syndrome, he has not felt well for many years, pointing out that his diagnosis and the syndrome, per se, is controversial and is often overlooked or minimized by physicians. Nonetheless, he reported that he was formally diagnosed with this condition a number of years ago and has been followed regularly by a physician since he turned 65.

Mr. Corwin stated that owing to his tremors, he is now followed by Dr. Pfister through South Shore Neurological Associates.

In terms of his psychiatric history, Mr. Corwin reported that he has never been treated by a psychologist or psychiatrist until Pretrial Services in the Eastern District sent him for an evaluation with Dr. DeSantis. He stated that he is now being treated through Dr. DeSantis' office on a Pretrial basis, pointing out that he has been in therapy for the past four or five months.

Socially, Mr. Corwin indicated that he has virtually no friends. He reported that when he worked, he was a member of the Village of Greenport Zoning Board of Appeals, the Conservation Advisory Council and the Stirling Historical Society of Greenport until resigning after his arrest. In essence, he reported that this was where he socialized with other people.

Mr. Corwin indicated that he has never been married but had a girlfriend some 20 years ago, named Cathleen Simpson. He reported that she was a member of the Greenport Planning Board. He indicated that he has not formally dated in many years but occasionally, will meet former colleagues for lunch or coffee.

With respect to his sexual activity, Mr. Corwin indicated that 20 years ago, he enjoyed a sexual relationship with Ms. Simpson.

Hobbies and pastimes include "working around the house" and looking after various rental properties that he owns in Greenport. Mr. Corwin reported that he also likes to watch the news and follows the stock market.

Interestingly, Mr. Corwin indicated that he does not feel lonely, given his social isolation. He pointed out that he has essentially, "shut down" emotionally, since his arrest. He reported that his arrest was chronicled in the local newspapers but that he did not read the articles written about the instant offense.

Mr. Corwin indicated that when he was arrested, the FBI confiscated his computers, cameras, modem and router.

Mr. Corwin stated that he had been growing marijuana in his cellar, which he used to give to some of his friends—people whom he met online. He reported that when he did give marijuana away, it was strictly to adult male friends, pointing out that he was wrongfully depicted by Dr. DeSantis as having distributed marijuana to minors.

Mr. Corwin indicated that he used to enter chatrooms online to speak about or read about people's opinions concerning politics. He reported that he used to be a "middle of the road liberal" but that after the Iraq war, he became increasingly conservative, politically speaking.

Mr. Corwin reported that he takes care of himself, cooks for himself and does his laundry.

He reported that since his arrest, he has lost nine pounds, owing to anxiety.

Of note, Mr. Corwin indicated that since his arrest he has not smoked marijuana, nor engaged in the use of Valium (5 mg. tablets) which he self-prescribed to remain calm.

Mr. Corwin reported that he never entered therapy to deal with the verbal and psychological abuse he suffered during his childhood but believes that his father's insults and verbal abuse left him an anxious person his entire life.

7

Mr. Corwin indicated that he has been arrested one time (in connection to the instant offense) on 3/19/21. He reported that he was charged with possession and receipt of child pornography.

Mr. Corwin reported that he tends to be a "hoarder" and could not really speculate as to how many photographs and/or video clips he had on the computer related to child pornography. He stated that the material was encrypted and that the FBI confiscated all of the material he had in his home related to child pornography.

Mr. Corwin indicated that his main interest in pornography focused on adult pornography, noting that over the years, he began searching the internet for new types of pornography and thus, ran across child pornography. He reported that he obtained child pornography from "dark net."

Mr. Corwin reported that he never attempted to speak to children via the internet or by any other means for the purposes of trying to meet underage males or females or for sexual stimulation.



With respect to the degree to which Mr. Corwin questioned his motivation for looking at child pornography, Mr. Corwin reported that he often asked himself why he was looking at this material. He indicated that he has basically concluded that, given his social isolation, he was prone to looking for material on the internet that would be described as "forbidden" and thus, he found this material compelling.

Mr. Corwin unequivocally reported that he does not believe that adults should have sex with children, stating, "It's never acceptable." Further, he stated that there were times when he obtained child pornography that he found

8

extremely upsetting, reporting that he understands that the photographs and video clips of children being sexually abused by adults reflected terribly "destructive" behavior on the part of the adults toward the children depicted in this material.

Mr. Corwin indicated that he often said to himself, "'David, you have a problem. You should not be looking at these types of things.'" Further, he reported that he often questioned what the actual appeal was with respect to adults pursuing sexual contact with minors.

He indicated that his tendency to hoard pornography reflects a "character defect."

Mr. Corwin indicated that he had no interest in looking at sexual images depicting underage males. He reported that he did not look at gay pornography.

As noted above, he pointed out that principally, he enjoyed looking at adult pornography, stating that he spent many years looking at child pornography, as well. He reported that this reflected a small percentage of the overall pornography he accumulated during his adult life.

Mr. Corwin reported that he has never been someone who has actively pursued many sexual relationships during his lifetime. He indicated that while he did have sex with his girlfriend, Cathleen, many years ago, he recalls feeling lonely and isolated while in his twenties and would often "pray" for a girlfriend.

Mr. Corwin indicated that owing to his chronic anxiety, problems with fatigue and tendency to isolate, he has simply not enjoyed a robust social life or active sexual life.

He reported that since his arrest, he has worn an ankle bracelet.

9

Mr. Corwin indicated that as a consequence of feeling anxious for most of his life, suffering from chronic fatigue syndrome and owing to his arrest, he believes that his functional skills/abilities have deteriorated and that his attention/concentration is compromised.

On 9/29/21, Mr. Corwin was seen again.

With respect to substance abuse, he indicated that it was suggested to him that attending Alcoholics Anonymous and Sex Addicts Anonymous could help him with both his substance abuse and habitual pornographic viewing problems, even though he did not have a problem with alcohol. Mr. Corwin reported that he began attending both programs online and secured sponsors in both Alcoholics Anonymous and Sex Addicts Anonymous. He indicated that he has found both programs very beneficial. He attends SAA almost seven days a week and stated that he does not feel as isolated or alone knowing other people have similar issues.

Mr. Corwin reported that Dr. DeSantis described him as addicted to Valium. He acknowledged that he has taken Valium for a very long time but feels that she misdiagnosed his tremors as reflective of detoxing from Valium versus being reflective of a neurologic condition which was recently diagnosed by South Shore Neurological Associates.

Mr. Corwin indicated that he did suffer from withdrawal symptoms when he stopped taking Valium and went to the ER for that purpose, however, he was not admitted to the hospital, as his symptoms were not life threatening. He reported that he does not find himself battling with the desire to look at pornography on the internet but stated that he "would not argue" with someone who stated that he became "addicted" to pornography, including child pornography. [redacted] He reported that he never paid for child pornography and found this

10

material on the internet.

With respect to the clinical issue of whether or not he believes his sexual interests qualify him to be diagnosed as suffering from pedophilia, he stated that he believes that his attraction to child pornography is reflective of his interest in essentially, ignoring the societal taboo of viewing this type of material.

Mr. Corwin pointed out that he has never considered approaching a child for the purposes of having sex.

Mr. Corwin indicated that since being arrested, he has not thought about or perseverated on images of child pornography that he has seen in the past on the internet.

He reported that despite looking at this type of material for quite some time, he understands the repugnant nature of child pornography and the implications with respect to the abuse that children suffer when subjected to sexual encounters with adults.

Mr. Corwin indicated that he never considered that his looking at child pornography contributed to the "cottage industry" that exists online with respect to this material. He reported that he now understands that despite the fact that he saw himself as a passive spectator when it came to looking at this material, he also knew that it was unhealthy and that it was only a matter of time/inevitable that he would be arrested for possession of child pornography.

Mr. Corwin indicated that he never shared with another human being, the fact that he looked at this material. He stated that he understands that it is against the law to possess child pornography and that, as noted above, the children depicted in child pornography will be harmed as a consequence of being sexually abused.

11

Mr. Corwin reported that he often tried to "wrap [his] head around" the idea of what type of man would actually sexually abuse a child, pointing out that he does not believe that the adults that he saw in video clips or photographs having sex with children thought that what they were doing was wrong.

At this juncture, Mr. Corwin indicated that he is now under house arrest and that the court has permitted him to use a computer for banking purposes. He reported that he uses a tablet versus a computer.

Mr. Corwin reported that despite the many years that he looked at child pornography on the internet, if he thought that anyone that he knew, including his neighbors, were abusing children, he would have notified the authorities.

With respect to his psychosexual history, Mr. Corwin indicated that he reached puberty at age 14. He identifies as heterosexual. He denied ever having sexually experimented with males. He denied being sexually attracted to children, indicating that his involvement with child pornography reflected a compulsion on his behalf and a tendency to hoard pornography. He reported that he has never had sex with a prostitute.

At this point in time, Mr. Corwin reported that he attends Zoom meetings for sex addiction. He reported that he has not looked at pornography since his arrest and has not taken Valium since this past March.

Mr. Corwin reported that he is not interested in "locking horns" with the AUSA or his Pretrial Services Officer and will do whatever is asked of him while his case makes its way through the system.

## MENTAL STATUS EXAMINATION

This 73-year-old man presents for this examination as a casually dressed individual, standing 5' 8", weighing 132 lbs. He is right-handed. He reported

that he wears glasses for reading. He described his mood as "basically, depressed;" affect was calm throughout. He indicated that he believes he is moderately depressed and does suffer from difficulties with his sleep. He indicated that he has an appetite and does not spontaneously cry. Somatic complaints include chronic fatigue syndrome. With respect to his sex drive, he stated that suffers from erectile dysfunction and characterized his sex drive as extremely low. Suicidal ideas were denied, however, he stated that there were many times, owing to his chronic fatigue, that he wished he were dead. Homicidal ideas were denied. Symptoms related to anxiety appear to have plagued him his entire life, stating that he has always been interpersonally guarded and socially isolated. He acknowledged habits which include smoking marijuana, taking Valium and looking at pornography. Symptoms related to mania were denied. Paranoid delusions were not elicited during the course of this evaluation. Auditory/visual hallucinations were denied. He stated that there are times when he does suffer from nightmares but cannot remember anything about the dream when he wakes from his sleep. He denied a history of engaging in self-injurious behaviors, such as cutting or punching himself, etc.

Neuropsychologic sequelae were denied, including black-outs or seizures.

Overall, Mr. Corwin impresses as functioning in the average to above-average range of intelligence; insight and judgment are viewed, in some respects, as quite poor with respect to his involvement with child pornography but adequate in terms of his basic reality testing.

## TEST RESULTS

### Personality/Psychopathology

Psychological testing with the **MCMI-IV** revealed no evidence of a clinical syndrome—that is to say, a distinct or isolated psychiatric disorder, however, test results do suggest pervasive affective and anxiety-related difficulties.

13

With respect to his personality configuration, test results do not indicate a personality disorder, per se, however, Mr. Corwin demonstrates avoidant, paranoid and schizoid personality characteristics.

A closer review of his personality features does not indicate significant elevations related to antisocial personality characteristics, nor is there indication that he demonstrates a penchant for sadistic or borderline personality features.

**Psychosexual Assessment**

Psychosexual assessment with the **Abel AASI-3 VRT**, an empirically-based, computer-administered test designed to evaluate whether or not an adult individual is sexually attracted to minors, revealed the following: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. There is no indication on this test that he is sexually attracted to prepubescent or underage males or females. It should be noted that it is not uncommon for a heterosexual male to demonstrate a sexual attraction to adolescent females. This does not mean, however, that the adult in question would necessarily pursue a sexual relationship or make sexual contact with an adolescent female.

With respect to paraphilias, his test scores suggest no significant elevations.

On the **Bumby Cognitive Distortions Scales: The MOLEST Scale**, Mr. Corwin's response set to test items does not reflect obvious distortions in terms of his believing that it is permissible/acceptable for adults to have sex with minors.

On the **Abel and Becker Sexual Interest Card Sort**, Mr. Corwin tended to respond positively to sexual items which reflected heterosexual interaction (between an adult male and female). He demonstrated no interest in sado-masochistic sex or sexual behavior which includes voyeurism, frotteurism or

14

exhibitionism. There was no evidence that he finds the notion of sexual contact with underage males or females desirable.

The majority of the items that he rated as extremely sexually repulsive typically included sexual contact between an adult male and a prepubescent male or boy.

On the **New York Forensic Sexual History Questionnaire**, Mr. Corwin reported that he has never had sexual contact with a family member. He reported that he was not sexually abused as a minor. He indicated that he reached puberty at approximately age 14 ███████████████ after ███████████████████████████ He indicated that he has had three long-term relationships, lasting approximately three years. He was unsure as to why these relationships ended.

Mr. Corwin denied ever having had phone sex. He reported that he has never used sexual toys in a sex act with an adult female. He indicated that his sexual fantasies include cunnilingus, fellatio and watching adults engage in intercourse. He reported that he has never looked through anyone's window for the purposes of watching them either naked or in their underwear. He reported that he has never taken a photograph of anyone for the purposes of sexual gratification. Mr. Corwin reported that he visited a "strip club" one time, in 1973.

He reported that he considers abnormal sex as sex with animals, children and scatologic activities. Mr. Corwin denied an interest in sado-masochistic sex.

He acknowledged looking at child pornography and adult pornography online, which ended at the time of his arrest. He stated that years ago, he bought a pornographic magazine (adult pornography) for $20. He also stated that he once went into a film booth in a pornographic book store, in approximately 1975, to look at a sex film or video. Mr. Corwin reiterated

15

that he has always been fascinated by interracial sex between and adult male and female.

He denied entertaining sexual fantasies related to children when he was not looking at child pornography, pointing out that his principal interest in pornography focused on adults having sex with each other.

On the **New York Forensic Internet Sexual Activity Questionnaire**, Mr. Corwin acknowledged having downloaded child pornography in the past, ███████████████████████████████████ He indicated that he collected pornography in general, "for the sake of collecting." Mr. Corwin stated that he has been viewing child pornography for ███████ and has spent at least two hours per week looking at child pornography. He reported that he looked at both images and video clips. He reported that he viewed pornography at home in his bedroom or TV room. He indicated that he stored child pornography on an external hard drive. He reported that he received child pornography from news groups on the "dark net." Mr. Corwin stated that he has never owned a digital video or internet camera. He acknowledged that he encrypted his hard drive and did not want anyone to know that he was looking at pornography and more specifically, child pornography. Mr. Corwin stated that he has never paid for child pornography but does not deny the fact that he has looked at child pornography for many years.

He denied ever trading child pornography or posting to news groups or bulletin boards any information or photographs related to child pornography. Mr. Corwin denied ever creating an s-serve for the purposes of trading child pornography. He denied participating in rituals related to his looking at child pornography. He denied ever having sold child pornography. He acknowledged smoking marijuana while viewing child pornography. Mr. Corwin reported that he has never looked at commercial magazines not related to pornography, for the purposes of looking at children. He indicated

16



that he differentiated looking at pornography on the internet from his "every day life," where he would run across adolescents or children, pointing out that in this context, he had no sexual thoughts about adolescents or children, nor did he desire to make sexual contact with them.

Mr. Corwin denied having cybersex online with adults. He reported that he does not believe that he became more socially isolated as a consequence of his involvement with pornography, pointing out that he has been a socially isolated individual his entire life and owing to his physical problems and chronic anxiety, has had very limited social interactions with adults for many decades.

## DIAGNOSTIC IMPRESSION

- Generalized Anxiety Disorder, with post-traumatic sequelae

- Cannabis Use Disorder

- Dysthymia

- Benzodiazepine Use Disorder

- Paraphilic Disorder, NOS (compulsive use of the internet for the purposes of viewing pornography, both adult and child pornography)

- Avoidant, paranoid and schizoid personality characteristics

## CONCLUSIONS AND RECOMMENDATIONS

After having had the opportunity to review the above referenced collateral sources of information and conduct an independent evaluation of this 73-year-old man, it is clear that Mr. Corwin has suffered from chronic anxiety,

mild depression and substance abuse for most of his adult life.

Mr. Corwin was verbally/psychologically abused by his father during his childhood and while he has had a few noteworthy relationships which include sexual relationships with adult females, he has not demonstrated a penchant for socializing with others during most of his adult life. He denied engaging in predatory sexual behavior as an adult, as it relates to adults or minors.

In discussing his life and his involvement with pornography, Mr. Corwin demonstrates an understanding that his involvement with pornography was entirely compulsive and relied upon, in many respects, to avoid social interaction with others and confront lifelong symptoms related to anxiety and depression.

Mr. Corwin does not impress as antisocial, per se, however, his indulgence and compulsive involvement with pornography constitutes an obvious and serious problem. He acknowledges that he anticipated that he would eventually wind up in trouble with the criminal justice system because of his accessing child pornography on the internet.

When Mr. Corwin began experiencing symptoms related to chronic fatigue syndrome, he was gainfully employed and active in his community. As he withdrew from work and his involvement in civic activities, he became increasingly isolated and cut off from regular social involvement with others.

In essence, looking at and collecting pornography became the focus of his daily life. Mr. Corwin acknowledged that viewing child pornography was repugnant and that he often questioned himself concerning his viewing and collecting of such.

Mr. Corwin does have some insight into the nature of his numerous problems which likely began during a difficult childhood.

Despite Mr. Corwin's chronic anxiety and depression, as well as his compulsive viewing of pornography, he never pushed himself to pursue mental health treatment. As such, he has led a lonely, unhappy and socially dysfunctional existence for most of his adult life.

Given the results of this evaluation, it is recommended that Mr. Corwin continue in sex offender specific treatment.

Mr. Corwin does not impress as someone who poses a threat to the community—that is to say, he is not a predatory individual, however, it is clear that he cannot return to the compulsive viewing of pornography.

At this juncture, Mr. Corwin will need to focus on addressing his various personality disordered problems, compulsivity and medical illness.

It is hoped that his involvement in individual, sex offender specific therapy, group therapy and regular polygraph monitoring will assist him in addressing his various mental health conditions and prevent him from relapsing and finding himself in trouble with the criminal justice system once again, subsequent to the resolution of this instant offense.

_____
N.G. Berrill, Ph.D.
Consulting Forensic Psychologist
Director

NGB/jp: October 25, 2021

19