The Law Office of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Bryant R. Camareno, P.A.
Florida

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

June 16, 2022

Gregory J Giblin
U.S. Probation Officer
U.S. Probation-Eastern District of New York
202 Federal Plaza Centra Islip, NY 11722

Re: USA v. David Corwin
Ind. 2:21-CR-00218 JS

Dear Greg:

Pursuant to Tuesday's telephone conversation attached please find the relevant medical documentation I referenced which supports Mr. Corwin's medical diagnosis of Chronic Fatigue Syndrome dating back to the 1980's resulting in his total disability.

1. Correspondence dated February 20, 2003, from Dr. Lloyd Simon, MD, to Martha Rogers, Claim Representative for The Hartford Life Insurance company.

This letter confirms Dr. Lloyd Simon's long-standing diagnosis of Chronic Fatigue Syndrome. Significantly, in this letter, Dr. Simon references prior correspondence dated 7/19/94, 5/20/98, 9/03/99 and 11/14/02, to the Hartford and other insurance carriers, reaffirming his medical opinion that Mr. Corwin was totally disabled due to Chronic Fatigue Syndrome. For ease of review, in relevant part that letter states:

"This is in response to your most recent query regarding David Corwin's disability. I would refer you to some of the attached letters from me to either you or other insurance companies, dated 07/19/94, 05/20/98, 09/03/99, and 11/14/02.

My diagnosis remains Chronic Fatigue Syndrome. In the nearly ten years that I have been caring for Mr. Corwin, nothing to date has made me change my mind or question that diagnosis. In addition, no significant change in his symptoms has occurred that would suggest another illness. It is my belief that it is fruitless to continue to pursue multiple evaluations and testing for Mr. Corwin. As his physician, my responsibility is to Mr. Corwin and certainly not to your insurance company. I believe my role is to support Mr. Corwin and help him deal with his disease, not continue in an unending quest to find some other elusive diagnosis that mostly likely does not exist."

Accordingly, it is clear from Dr. Simon's correspondence there is a lengthy medical history corroborating Mr. Corwin's Chronic Fatigue Syndrome which has resulted in his total disability dating back to over almost 40 years. See Exhibit A letter of Dr. Lloyd Simon.

2.  Social Security Administration Office of Disability- Notice of Award dated October 4, 1994.

This correspondence confirms Mr. Corwin's formal designation with the Office of the Social Security Administration as disabled due to a diagnosis of Chronic Fatigue Syndrome (hereinafter "CFS"), effective August 30, 1993. See Exhibit B. Although this award does not reference CFS directly, the only medical documentation submitted to the Social Security Disability Administration on Mr. Corwin's behalf was related to CFS.

3.  Independent medical exam of Dr. Harry Kousourou, Diplomat, American Board of Internal Medicine dated August 29, 1994. For ease of review, in relevant part that letter states:

"The claimant is a 46-year-old male with an eleven-year history of chronic fatigue syndrome beginning approximately in March of 1983 when he developed pharyngitis associated with sever fatigue.

At the present time he does note multiple complaints including photosensitivity, sleep disturbance, including early morning wakening, difficulty falling asleep, irritable bowel symptoms, myalgia, and the persistent fatigue. The claimant notes that his fatigue will vary from day to day in terms of severity or with activities such as going grocery shopping for an hour's time will completely tire him out and he would require prolonged rest subsequently.

He has lost approximately ten pounds over the past four years which he states has been the worst time for his symptoms. He also complains of difficulty with concentration, memory and is unable to read for more than a short time.

He has had rather extensive work up including tests for thyroid and Lyme disease, apparently all negative. He had consulted an infectious disease specialist, Dr. A. Klein at one time as part of his work up."

Impression:

"History of chronic fatigue syndrome. The claimant is on a small dose of anti-depressant. It would certainly be advisable for him to undergo a psychiatric evaluation to rule out major depression if in fact this has not been pursued recently." See Exhibit C IME of Dr. Harry Kousourou and Exhibit D, work up from Lahey Medical Center, dated November 26, 1984, May 15, 1989 letter from Dr. Klien and April 1989 Lyme Disease Test results from Eastern Long Island Hospital.[1]

---

[1] These Lyme disease blood test results eliminated Lyme as the cause for Mr. Corwin's symptomology. In addition, Dr. Kaplan's reference to an abnormally high body titer, although he deems it insignificant, does indicate evidence that David did come into contact with a virus that was "mono like."

4. Independent medical exam of Dr. A. Wolpert to the N.Y. State Department of Social Services dated August 15, 1994. For ease of review, in relevant part that letter states:

"According to the claimant he had been diagnosed as having Chronic Fatigue Syndrome. He has had multiple medical evaluations over the years. This began eleven years ago, and the diagnosis was made two years ago according to him.

The claimant had been treated with various medications including Doxipan in the past and most recently Valium and Amitriptyline.

His symptoms are manifested by marked fatigue and there is simple documentation from reports from Dr. Klein and Dr. Simon regarding his presenting symptomatology. He presented me these reports during the interview.

The Claimant has not had and psychiatric care. His Amitriptyline and Valium are for his "funk over the illness. I am not depressed but worried about my future and finances."

The claimant feels unable to work due to marked fatigue, periods of confusion and inability to sustain himself for any length of time without the possibility of having to be off from work for long periods.

Diagnosis

Axis 1- Adjustment disorder with mixed features.

Axis 2- No diagnosis.

Axis 3- Chronic Fatigue Syndrome by history."

See Exhibit E.

5. A letter from PBA, Inc., to David Corwin dated August 21, 1996, on behalf of the Hartford Insurance Company scheduling an interview and independent medical exam to determine if Mr. Corwin's physical condition still entitles him to disability under the Hartford's definition of total disability.

Notably this letter is significant in that it allows the carrier to deny benefits if it is determined that Mr. Corwin is able to "engage in any occupation for wage or profit," not just in his field as an engineer. See Exhibit F.

6. A letter dated November 27, 1996, from PBA Inc.[2] to David Corwin stating that after conducting a personal interview and independent medical exam, performed by Dr. Carl

---

[2] PBA Inc. was retained by Hartford Life Insurance Company, which issued Mr. Corwin's long term disability policy, to interview and conduct medical examinations of Mr. Corwin to determine if he was in fact disabled within the definition of their policy. Following those interviews and medical exams, Mr. Corwin was found to be disabled and not a malingerer.

Freeman, that Mr. Corwin was determined to be totally disabled from "any occupation" not just that of an engineer. For ease of review, in relevant part that letter states:

"Dear Mr. Corwin:

We have completed our review and have determined that you are eligible for benefits continuing into the "any occupation" period of your disability claim.

Based on the information contained in the report from the IME performed on September 30, 1996, it is Dr. Carl Freeman's opinion that you are disabled for any occupation, and that you are not a good candidate for rehabilitation at this time." See Exhibit G.

7. Handwritten notes of David Corwin dated April 18, 1994. These notes express David's symptomology of Chronic Fatigue 18 years ago. See Exhibit H.

8. November 7, 2002, letter from Hartford Life Insurance Company corroborating David's long term disability benefits as of 2002. See Exhibit I.

9. January 30, 1995, letter from PBA Inc., confirming that Mr. Corwin's service as a Trustee of the Village of Greenport would not affect his long-term disability benefits. See Exhibit J.

As we discussed by phone, I am frustrated by our inability to obtain more of these medical records due to their age and physicians having retired changed practices etc. However, I believe the attached correspondence/records unquestionably document and verify Mr. Corwin's Chronic Fatigue Syndrome which by all accounts is a physically debilitating illness with no known cure. Notwithstanding the forgoing I intend to reach out to Dr. Hess today in an attempt to secure written confirmation that he David continues to suffer from CFS to this day. I am certain as the enclosed medical history suggests that David's prognosis is not good. I have requested a copy of his social security disability file and if I am successful in obtaining it, I will immediately forward it to your attention for your review. David's CFS will make it exceptional difficult for him as a federal inmate.

Thank you for your time and consideration of Mr. Corwin's medical history as it relates to a downward variance. I will be addressing the other issues raised in your email next week.

Kind Regards,

Anthony M. Grandinette

AMG/mk
Enc.

4

# EXHIBIT A

LLOYD SIMON, M.D.

DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
CERTIFIED, AMERICAN SOCIETY OF ADDICTION MEDICINE

4421OC COUNTY ROAD 48/BOX 1341, SOUTHOLD, NEW YORK 11971-0963
(631) 765-4150 · Fax (631) 765-4688

February 28, 2003

Ms. Martha Rogers
Hartford Life Insurance Co.
Simsbury Disability Claim Office
P.O. Box 2993
Hartford, CT 06104

Re: David Corwin
SSN: 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
Pol#: GLT696265

Dear Ms. Rogers:

This is in response to your most recent query regarding David
Corwin's disability. I would refer you to some of the attached
letters from me to either you or other insurance companies, dated
07/19/94, 05/20/98, 09/03/99, and 11/14/02.

My diagnosis remains Chronic Fatigue Syndrome. In the nearly ten
years that I have been caring for Mr. Corwin, nothing to date has
made me change my mind or question that diagnosis. In addition,
no significant change in his symptoms has occurred that would
suggest another illness. It is my belief that it is fruitless to
continue to pursue multiple evaluations and testing for
Mr. Corwin. As his physician, my responsibility is to Mr. Corwin
and certainly not to your insurance company. I believe my role
is to support Mr. Corwin and help him deal with his disease, not
continue in an unending quest to find some other elusive
diagnosis that mostly likely does not exist.

That said, I would never have any objection should Mr. Corwin
himself wish to undergo any evaluation by another internist or by
any type of subspecialist of his choosing. However, I would
certainly not require that he do this either on my insistance or
at the insistance of any insurance company. At this time, I have
no plan to change my treatment of Mr. Corwin or insist on any
further evaluation. As always, thank you for your concern
regarding Mr. Corwin's health and well-being.

Sincerely,

Lloyd Simon, MD
LS:da

cc: David Corwin

# EXHIBIT B

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: October 4, 1994
Claim Number: 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HA

DAVID S CORWIN
639 MAIN ST
GREENPORT, NY 11944-1431
Iııllıııllllılıılıblıılııllldılılıllıııllılllılıllıııl

You are entitled to monthly disability benefits beginning February 1994.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 30, 1993.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is February 1994.

**What We Will Pay And When**

- You will receive $8,576.00 around October 10, 1994.

- This is the money you are due for February 1994 through September 1994.

- After that you will receive $1,072.00 each month.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

Enclosure(s):
Pub 05-10153

C                                      See Next Page

## Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

If you have any questions, call us toll free at 1-800-772-1213. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

BRANCH OFFICE
518-B EAST MAIN STREET
RIVERHEAD, NY 11901

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HA                                    Page 3 of 3

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.

*Shirley S. Chater*

Shirley S. Chater
Commissioner
   of Social Security

# EXHIBIT C

## NORTH BROADWAY MEDICAL ASSOCIATES

380 SOUTH BROADWAY
HICKSVILLE, NY 11801

John P. Sheehy, M.D.
MEDICAL DIRECTOR

516-935-1861

12754K
3521
LN2

7 1994

Date of Exam:  8/29/94

N.Y.S. Dept. of Social Services
Office of Disability Determinations
92-31 Union Hall St.
Jamaica, New York  11433

CLAIMANT:       DAVID CORWIN
S.S.#:          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
N.B.#:          0794J36101
MODULE/UNIT #:  L/R12
D.O.B.:         4/13/48

HISTORY:

The claimant is a 46 year old male with an eleven year history of
chronic fatigue syndrome beginning approximately in March of 1983
when he developed pharyngitis associated with severe fatigue.

At the present time he does note multiple complaints including
photosensitivity, sleep disturbances, including early morning
wakening, difficulty falling asleep, irritable bowel symptoms,
myalgia and the persistent fatigue.  The claimant notes that his
fatigue will vary from day to day in terms of severity or with
activities such as going grocery shopping for an hour's time will
completely tire him out and he would require prolonged rest
subsequently.

He has lost approximately ten pounds over the past four years which
he states has been the worst time for his symptoms.  He also
complains of difficulty with concentration, memory and is unable to
read for more than a short time.

He has had rather extensive work up including tests for thyroid and
Lyme disease, apparently all negative.  He had consulted an
infectious disease specialist, Dr. A. Klein at one time as part of
his work up.

PAST HISTORY:    As above.

DAVID CORWIN
Dr. Kousourou
8/29/94
page two

MEDICATIONS:  Elavil 5 mg. daily, Valium 5 mg. bid prn.

ALLERGIES:  None known.

SOCIAL HISTORY:  The claimant is a civil engineer.  He is a nonsmoker.  The claimant denies drug or ethanol use.

FAMILY HISTORY:  Noncontributory.

PHYSICAL EXAMINATION:  The claimant is a well developed, well nourished white male, alert with somewhat flattened affect. He did respond appropriately.

HEIGHT:  68"

WEIGHT:  145 lbs.

BP:  130/82

PULSE:  68

RESPIRATIONS:  16

HEENT:  Normocephalic, atraumatic, perla EOMI, sclera anicteric, fundi benign.

EARS, NOSE AND THROAT:  Unremarkable.

NECK:  Without JVD or thyromegaly.  No lymph adenopathy.

SKIN:  Anicteric.  Cool and dry.

CHEST:  Clear to auscultation and percussion. Cardiovascular regular rate and rhythm.  Normal S1 and S2.  No murmurs, gallops, rubs or clicks.

ABDOMEN:  Scaphoid.  No scars. Nontender without masses, viscera or organomegaly.

EXTREMITIES:  No clubbing, cyanosis or edema.  There were 2+ pedal pulses.

MUSCULOSKELETAL:  Full ROM of all joints.  No joint abnormalities. No joint effusion.  Negative SLR bilaterally.

NEUROLOGIC:  Cranial nerves 2-12 grossly intact.  DTR's are normal and symmetric.

DAVID CORWIN
Dr. Kousourou
8/29/94
page three

PE CONTINUED:

MOTOR AND SENSORY:  Normal.

GAIT AND STATION:  Within normal limits.

RECTAL AND GENITAL:  Deferred.

IMPRESSION:

History of chronic fatigue syndrome.  The claimant is on a small
dose of anti-depressant. It would certainly be advisable for him
to undergo a psychiatric evaluation to rule out major depression if
in fact this has not been pursued recently.

Sincerely,

Harry Kousourou, M.D.
Diplomate, American Board
of Internal Medicine

HK/dh

# EXHIBIT D

LAHEY CLINIC MEDICAL CENTER

41 MALL ROAD

BURLINGTON, MASSACHUSETTS 01805

AREA CODE 617 273-8400
CABLE ADDRESS "LAHEYCLIN"

DEPARTMENT OF
INTERNAL MEDICINE

SECTION OF HEMATOLOGY

DAVID STEINBERG, M.D. - SECTION HEAD
JAMES T. SPARKS, M.D.
NEIL J. WEINER, M.D.

November 26, 1984

Mr. David S. Corwin
639 Main Street
Greenport, New York 11944

Dear Mr. Corwin:

As you requested, I am sending you a summary of your recent Lahey
Clinic evaluation which began on the 22nd of October, 1984.

You came with a hand-written summary of the problems that you have
been having and stated that your major concerns were: 1) the cyclical
nature of your illness, 2) the persistent hypothermia, 3) your intol-
erance of the effects of alcohol, and 4) a possible sugar metabolism
problem. You stated you felt there had been a major change in your
body metabolism and were concerned that you might have liver dysfunc-
tion, thyroid dysfunction, and glucose metabolism dysfunction.

You were 68½" in height and weighed 147 pounds. Your pulse was 120 and
your blood pressure was 172/90. With the exception of the fast pulse
rate, the physical examination was entirely normal. As you requested,
I am including a copy of all the laboratory tests and their results that
we did while you were here. You were seen in consultation by Dr. Wilcox
of our Gastrointestinal Department, who did not find any evidence for
liver disease, either chronic or active. You were seen in Endocrinologic
consultation by Dr. Guay, who felt that you had no evidence for thyroid
dysfunction or for reactive hypoglycemia. I am also sending a summary to
Dr. Kaplan as you requested.

Sincerely,

James T. Sparks

James T. Sparks, M.D.

/nd

LC# 133 58 67

Enclosures

LAHEY CLINIC FOUNDATION, INC.

MARY AND ARTHUR R. CLAPHAM HOSPITAL
OPERATED BY
LAHEY CLINIC HOSPITAL, INC.

CHARLES A. DANA AMBULATORY CARE CENTER
OPERATED BY
LCF FOUNDATION, INC.

Z. MICAH KAPLAN, M.D., P.C.
MEL B. KAPLAN, M.D.
232 Fourth Avenue
Greenport, New York 11944

Telephone
516-477-0070

Mel. B. Kaplan, M.D., D.I.M.
Z. Micah Kaplan, M.D., D.I.M.

May 15, 1989

Mr. David S. Corwin
639 Main Street
Greenport, NY 11944

Dear Mr. Corwin:

Enclosed are copies of your recent laboratory data. Everything is actually well within normal limits and specifically, there is nothing wrong with your liver or general body chemistry. The Lyme Disease Titer was negative and protiens were normal.

The only slightly elevated laboratory value was that of the EB viral antibody titer which was reported as 40, with normal being 10. I do not believe that this is significant, and I do not feel that this indicates any evidence of true EB viral illness. It probably does mean that at some time your life you did come in contact with a virus that was mono-like, and this is the residua of that infection.

Please keep this copy for your records. Please feel free to call or come over to discuss these results if you have further questions.

Best regards,

Z. Micah Kaplan, M.D.,D.I.M.

ZMK:lap

Enclosures

```
LABORATORY DIRECTOR:          EASTERN LONG ISLAND HC    AL          PAGE:  1
ELOY CARACUEL M.D.            201 MANOR PL.                         04/03/89
                             GREENPORT N.Y. 11944
                                 477-1000  X 214


PATIENT: CORWIN, DAVID S.                            SAMPLE#  000007739
ADM PHYS:                                            ID# 0339036
ATN PHYS: Z.M. KAPLAN, M.D.           LOC: OP        DIAG: 000  AGE:  41 YRS  SEX: M
ORDERED: 04/03/89 16:50      COLLECTED: 04/03/89 16:50      PRINTED: 04/03/89 17:37
COMMENT:                                                     ** FINAL **
```

| TEST NAME | NORMAL | OUT OF RANGE | UNITS | REFERENCE RANGE |
|-----------|--------|--------------|-------|-----------------|
| PROFILE II | ..... | | | |
| AST | 17 | | IU/L | 10-42 |
| LDH | 114 | | IU/L | 91-195 |
| ALK PHOS | 90 | | IU/L | 37-107 |
| GGT | 14 | | IU/L | 7-64 |
| BILIRUBIN | 0.8 | | MG/DL | 0.0-1.5 |
| TOTAL PROTEIN | 6.9 | | G/DL | 6.0-8.2 |
| ALBUMIN | 4.8 | | G/DL | 4.0-5.2 |
| SODIUM | 141 | | MMOL/L | 135-153 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 104 | | MMOL/L | 95-110 |
| CARBON DIOXIDE | 30.0 | | MMOL/L | 25.0-37.0 |
| GLUCOSE | 106 | | MG/DL | 70-110 |
| CHOLESTEROL | 181 | | MG/DL | 154-249 |
| CALCIUM | 9.5 | | MG/DL | 8.4-10.4 |
| PHOSPHORUS | 3.5 | | MG/DL | 2.3-4.7 |
| URIC ACID | 4.6 | | MG/DL | 3.6-7.7 |
| UREA NITROGEN | 22 | | MG/DL | 5-25 |
| CPK | 107 | | IU/L | 61-224 |
| COMPLETE BLOOD COUNT | ..... | | | |
| WBC | | 10.9 H | TH/UL | 4.8-10.8 |
| RBC | 5.83 | | MIL/UL | 4.7-6.1 |
| HEMOGLOBIN | 17.0 | | G/DL | 14.0-18.0 |
| HEMATOCRIT | | 52.5 H | %. | 42.0-52.0 |
| MCV | 90 | | UCUMM | 80.0-94.0 |
| MCH | 29.2 | | PG | 27.0-31.0 |
| MCHC | | 32.4 L | G/DL | 33.0-37.0 |

```
DIFFERENTIAL     C O U N T S      M O R P H O L O G Y


SEGS    70
BANDS   00
EOS     02
BASO    00                    PLATELET   ADEQUATE
LYMPH   26
MONO    02    TOTAL   100


MONOSPOT                NEG                              NEGATIVE

URINALYSIS

   PH....: 5.5      PROTEIN: NEG     WBC......: 0-1      BACTERIA :NONE
   SP.GRV: 1.025    GLUCOSE: NEG     RBC......: NONE     MUCUS... :NONE
   APPEAR: CLEAR    KETONE : 40      EPITH....: NONE
   COLOR:  YELOW    BLOOD..: NEG     HYAL CAST: NONE     CRYSTALS :
                    BILIRUB: NEG     GRAN CAST: NONE       AMOUNT :
                    UROBIL : 1       RBC  CAST: NONE
                    NITRITE: NEG
```

```
LABORATORY DIRECTOR:          EASTERN LONG ISLAND HOSPITAL          PAGE   1
ELOY CARACUEL M.D.            201 MANOR PL.                        04/06/89
                             GREENPORT N.Y. 11944
                                477-1000  X 214

PATIENT: CORWIN, DAVID S.                          SAMPLE#  900007739
ADM PHYS:                              LOC: OP        ID# 0339036
ATN PHYS: Z.M. KAPLAN, M.D.                 DIAG: 000  AGE:  41 YRS  SEX: M
ORDERED: 04/06/89 09:31    COLLECTED: 03/03/89 10:50   PRINTED: 04/06/89 13:15
COMMENT:                                                      ** FINAL **
```

| TEST NAME | NORMAL | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| SAMPLE MSG: | THIS IS AN UPDATED REPORT AND CONTAINS ADDITIONAL TEST DATA NOT PREVIOUSLY PRINTED . | | | |
| IRON AND TIBC PANEL | ..... | | | |
| IRON | | 34 L | UG/DL | 76-198 |
| TIBC | 417 | | UG/DL | 251-577 |
| IRON PERCENT SATURATION | | 8 L | % | 15-50 |
| THYROID PANEL | ..... | | | |
| T3 UPTAKE | 38.7 | | % | 35.0-45.0 |
| T4 RIA | 10.2 | | MCG/DL | 5.5-11.5 |
| FTI | 3.94 | | | 1.5-5.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lyme Malcolm A|Teterboro New|Y 07608|RAYMOND GAMBINO M.D.| |KRIEGER M.D.A|JOSEPHE O'BRIEN M.D.|
| | | | | | | |

CORWIN DAVID   E0504   04/03/89   04/04/89   04/07/89

M 41   EASTERN LONG ISL HOSP   OPKL   61374

IM KAPLAN   201 MANOR PLACE
2139036   GREENPORT   NY   11944   492340

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| LYME DISEASE, ELISA      *(01) | 0.40 | | .00- .90 |
| FERRITIN, SERUM | 205.1 | MCG/L | 23.0- 233 |
| IMMUNOGLOBULINS-IGG | 1250.0 | MG/DL | 700-1800 |
| IMMUNOGLOBULINS IGA | 69.0 | MG/DL | 70.0- 440 |
| IMMUNOGLOBULINS IGM | 79.0 | MG/DL | 60.0- 290 |

************** TEST OR TEST COMPONENTS OUTSIDE THE ESTABLISHED REFERENCE RANGE ***************
EBV EA ANTIBODY                        40                TITER              LT  10

(01) LYME DISEASE ANTIBODY, ELISA (INDEX VALUE)                          *LESS THAN  10*
      LESS THAN    0.90 -  NEGATIVE
               0.90-1.25 -  EQUIVOCAL
      GREATER THAN 1.25 -  POSITIVE

      LYME DISEASE ANTIBODY IS NOW PERFORMED WITH A MORE
      SENSITIVE ELISA TECHNIQUE THAT DETECTS BOTH IGG
      AND IGM ANTIBODIES.   IF THE SPECIMEN IS POSITIVE
      BY THE ELISA METHOD IT WILL AUTOMATICALLY BE TESTED
      FOR IGM ANTIBODY.   IN EARLY DISEASE, REACTIVITY IN
      THE ELISA TEST MAY BE DUE ENTIRELY TO IGM ANTIBODY.
      IN LATER STAGES OF DISEASE, WHEN CARDITIS, NEURITIS
      OR ARTHRITIS MAY BE PRESENT, HIGH LEVELS OF IGG ANTI-
      BODY ARE USUALLY PRESENT.   IGM ANTIBODY MAY OR MAY
      NOT BE DETECTABLE AND ITS PRESENCE IS NOT REQUIRED TO
      MAKE A DIAGNOSIS OF LYME DISEASE.

# EXHIBIT E

# NORTH BROADWAY MEDICAL ASSOCIATES

John P. Sheehy, M.D.
MEDICAL DIRECTOR

380 SOUTH BROADWAY
HICKSVILLE, NY 11801

516-935-1861

DATE OF EXAM:  8/8/94

AUG 1 5 1994

New York State Dept. of Social Services
92-31 Union Hall Street
Jamaica, NY   11433

*12 755K*
*3521*
*LR12*

CLAIMANT:  David Corwin
NB #:        0794J36106
SS #:        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
MOD/UNIT:  L/R12

## HISTORY

I saw Mr. Corwin for consultation on 8/8/94. He was
unaccompanied and drove himself from home, a distance of
approximately 15 miles.

According to the claimant he had been diagnosed as having chronic
fatigue syndrome. He has had multiple medical evaluations over
the years. This began eleven years ago and the diagnosis was
made two years ago according to him.

The claimant had been treated with various medications including
Doxipan in the past and most recently Valium and Amitriptyline.

His symptoms are manifested by marked fatigue and there is ample
documentation from reports from Dr. Klein and Dr. Simon regarding
his presenting symptomatology. He presented me these reports
during the interview.

The claimant has not had any psychiatric care. His Amitrityline
and Valium are for his "funk over the illness. I am not
depressed but worried about my future and finances."

The claimant was born and raised on L.I. After high school he
attended college and is a civil engineer. He worked for one
company up to seven years which was his last place of employment
until he stopped in 8/93. He was too fatigued and had difficulty
concentrating.

His mother died about 16 years ago of cancer, his father died
over 30 years ago of heart problems and perhaps alcohol related
disorders. He has a younger brother who lives out of state and
has some contact with him. No family of emotional or medical

David Corwin
Dr. Wolpert
Page 2
8/8/94

problems other than those mentioned. He himself has been healthy prior to his onset of symptoms many years ago. He denies drug or alcohol use. He is a single gentleman, childless.

The claimant feels unable to work due to marked fatigue, periods of confusion and inability to sustain himself for any length of time without the possibility of having to be off from work for long periods.

MENTAL STATUS EXAM

The claimant was neatly dressed and appeared younger than his stated age. He sat quietly and attentively.

He was relevant, coherent and responsive without evidence of thought disorder, signs or symptoms. Affect constricted and somewhat anxious but in keeping with his presentation and verbalizations. Sensorial function was good. Orientation, concentration, memory, attention were all good. He shows reasonably good insight and judgement.

The claimant owns his own home. When he feels well he can walk his dog, do his own shopping and visit with his friends. He frequently takes naps. When his symptoms exacerbate, which is quite frequently, he has dizziness, poor sleep patterns and cannot do much activities other than lie around most of the time.

The claimant's allegations appear consistent with a substantial degree of limitation in personal, social and occupational adjustments related to his physical illness. The condition has been appeared present many years and likelihood of substantial change must be considered guarded.

During periods of remission he appears capable of recalling, carrying out and understanding work instructions. His history suggests the chronicity of his medical problems will cause difficulties in this area during periods of exacerbation.

DIAGNOSIS

Axis I - Adjustment disorder with mixed features.

Axis II - No diagnosis.

Axis III - Chronic fatigue syndrome by history.

David Corwin
Dr. Wolpert
Page 3
8/8/94

Suggested therapy and prognosis;  The prognosis for his medical
condition cannot be determined at this time.  His adjustments and
symptomatology may intensify into a more consistent anxiety
depressive disorder in the future.  At this time he sees no need
for psychiatric intervention.  He appears able to manage the
benefits.

A. Wolpert, M.D.
Diplomate, American Board
of Psychiatry & Neurology
Certified in Psychiatry

AW/sm

# EXHIBIT F

Group Insurance Services
4000 Olson Memorial Highway
Minneapolis, Minnesota 55422-5397



AUGUST 21, 1996

DAVID S CORWIN
639 MAIN STREET
GREENPORT   NY  11944

RE:  AMERICAN ARCHITECTUAL-ENGINEERING
     LONG TERM DISABILITY
     POICY: 07536-000

Dear Mr Corwin:

Your policy states that Total Disability is defined as the
members complete inability, due to Sickness or Injury or both, to
perform each and every duty of---

  1)  his own occupation during the first 36 months of
  disability; and

  2) any gainful occupation for which he is reasonably fitted
  by education, training, or experience after the first 36
  months of disability--

  and that he is not in fact engaged in any occupation for
  wage or profit.

Since we are nearing the 36 month mark, Allianz Life Insurance
has contacted Genex Services to interview you personally and set
up an Independent Medical Exam to assist in the determination of
your eligibility for benefits under the changing definition of
total disability.

Benefits will continue during this process.  If you have any
questions, please give me a call at 1-800-328-3323 ext 6734.

Sincerely,

Beverly Schellin
Claim Analyst

Telephone (612) 588-2731

# EXHIBIT G

Group Insurance Services
4000 Olson Memorial Highway
Minneapolis, Minnesota 55422-5397



November 27, 1996

David S. Corwin
639 Main Street
Greenport   NY   1194474


RE:   American Architectural-Engineering
      Long Term Disability
      Policy #: 07536-000
      Insured #:  AAE LTD 30   000004915-0


Dear Mr. Corwin:

We have completed our review and have determined that you are
eligible for benefits continuing into the "any occupation" period
of your disability claim.

Your Disability Income policy defines total disability in the
"any occupation" period as the complete inability, due to
Sickness or Injury or both, to perform the substantial and major
duties of:

        "any gainful occupation for which you are reasonably
        fitted by education, training, or experience after the
        first 36 months, and that you are not in fact engaged
        in any occupation for wage or profit."

Based on the information contained in the report from the IME
performed on September 30, 1996, it is Dr. Carl Freeman's opinion
that you are disabled for any occupation, and that you are not a
good candidate for rehabilitation at this time.

Benefits will continue as long as you continue to meet all policy
requirements for the "any occupation" definition of disability.
You will be required to provide us with continuing evidence of
disability at periodic intervals.  If your condition improves, or
you return to any work, you must notify us immediately.

Any reservation of rights that were placed on your disability
benefits while we were completing our investigation have been
removed and this is effective immediately.

Telephone (612) 568-2731

Letter to David S. Corwin
November 27, 1996
Page 2


If you have any questions or concerns, please contact us at 1-
800-328-3323 (Voice) or 1-800-752-6404 (TTY) and my extension is
6733.

                              Sincerely,

                              Marcie L. Unger
                              Claims Analyst

mlu

# EXHIBIT H

APRIL 18, 1994

- CONSTANT FATIGUE
- PROBLEM CONCENTRATING (LIMITS MY ABILITY TO READ)
- RARLY SLEEP SOUNDLY (GOOD SLEEP COINBIDES WITH PERIODS OF FEELING BETTER)
- DIZZY SPELLS (DIZZIENESS IS A FUNCTION OF MOTION I.E. GETTING OUT OF BED.)
- INTERMITENT MALAISE
- PERIODS LASTING 3 TO 4 DAYS EVERY 10 TO 12 DAYS IN WHICH IT IS DURING WHICH I CAN NOT LEAVE THE HOUSE OTHER THEN A TRIP TO THE GROCERY STORE

TYPICAL DAY

UP AT 7:30, 2 HOURS OF LIGHT ACTIVITY, 1 1/2 HOURS BED, 2 HOURS OF LIGHT ACTIVITY, 2-3 HOURS BED, TELEVISION OR REAMING, BED AT 9:00,

BEST DAY

UP AT 7:00 5 HOURS OF LIGHT ACTIVITY OR 2 HOURS OF MODERATE ACTIVITY, 2 HOURS BED, READING, BED AT 9:00

WORST DAY

CAN GET OUT OF BED TO EAT
AND TRIP TO GROCERY STORE IF
ABSOLUTELY NECESSARY, IN
A MENTAL FOG

# EXHIBIT I



**Hartford Life**

November 7, 2002

David Corwin
639 Main St
Greenport, NY  11944

Policy Holder:    American Architectural-Engineering Profession Group Ins Trus
Claimant:         David Corwin
SSN:              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
Policy Number:    GLT696265

Administering benefits on behalf of  Allianz Life Insurance Company

Dear Mr. Corwin:

This letter is about your claim for Long Term Disability (LTD) benefits.

Thank you for returning the signed Social Security Administration Consent Authorization for
Release of Information.  However, the Social Security Administration does not accept any
Authorizations that have been altered.  You crossed out several lines on the Authorization you
completed.

Enclosed is a duplicate of Social Security Administration Consent Authorization for Release of
Information form.  Please complete the form and return to this office in the enclosed self-addressed
envelope.

At the same time please return the form 4506 Request for Copy or Transcript of Tax Form provided
to you earlier.  This is our second request for this information.

Your Policy states under Total Disability or Totally Disabled section:

> Total Disability or Totally Disabled: means that the member is completely unable, due to
> Sickness or Injury or both, to perform each and every duty of –
> (1) his own occupation during the first 36 months of disability; and
> (2) any gainful occupation for which he is reasonably fitted by education, training, or
>     experience after the first 36 months of disability—
> and that he is not in fact engaged in any occupation for wage or profit.

Hartford Life Insurance Companies
Simsbury Disability Claim Office
P.O. Box 2993
Hartford, CT 06104
Facsimile (860) 843-5997

Mailing Address P.O. Box 2999
Hartford, CT 06104-2999

The Hartford Life and Accident Insurance Company reserves the right to independently verify that you, indeed, are not working for wage or profit in any occupation.

In addition, the Social Security Disability Benefit is an offset from your Monthly LTD Benefit based on provisions of your Policy.  If the benefit paid to you by the Social Security Administration changes, the LTD benefit would change accordingly.  As such, we reserve the right to independently obtain the pertinent information from the Social Security Administration to assure that no overpayment or underpayment has occurred on your claim.

Please return all information that we asked for within fifteen (15) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 359-8391, x34904.  Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,

Tanya Goldberg
Examiner
Hartford Life and Accident Insurance Co.


Enclosure

# EXHIBIT J

Group Insurance Services
4000 Olson Memorial Highway
Minneapolis, Minnesota 55422-5397



January 30, 1995

DAVID S CORWIN
639 MAIN ST
GREENPORT  NY  11944

RE:  American Architectural-Engineering
     Long Term Disability
     Insured Number:  AAE LTD 30 4915-0
     Policy Number:  07536-000

Dear Mr. Corwin:

We are in receipt of your letter dated January 5, 1995 in which you
inquired whether serving as a trusteee of the Village of Greenport
would effect your benefits under the above long term disability
policy.

As I indicated in our phone conversation of January 4, 1995, since
this position is uncompensated, it does not affect your eligibility
under this policy.

If I can be of any further assistance, please feel free to contact me
at 1-800-328-3323.

              Sincerely,

              Tina Armstrong
              Claim Analyst

TA/gmb

Telephone (612) 588-2731