

**Stony Brook Medicine**

James Hess D.O.
Stony Brook Endocrine Consultants
200 Motor Pkwy. Suite C-16
Hauppauge, NY 11785
Phone: 631-638-4933   fax: 631-638-4937

Date: 8/5/22

To Whom It May Concern:

    I am writing regarding my patient David Corwin, date of birth 4/13/1948. The patient has a long-standing history of chronic fatigue syndrome, first diagnosed in 1983. He continues to have episodic severe fatigue requiring full bed rest for 3-4 days out of every week. He has been evaluated by multiple medical specialists, who will confirm the diagnosis of chronic fatigue syndrome. The chronic fatigue syndrome in this patient does represent a complete disability, as it would prevent him from doing most activities, including activities of daily living several days out of every week.

    Please feel free to contact me if you have any further questions.

Sincerely,

*[signature]*

James Hess D.O.