## LLOYD SIMON, M.D.
DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
CERTIFIED, AMERICAN SOCIETY OF ADDICTION MEDICINE

44210C COUNTY ROAD 48/BOX 1341, SOUTHOLD, NEW YORK 11971-0963
(631) 765-4150 · Fax (631) 765-4688

February 28, 2003

Ms. Martha Rogers
Hartford Life Insurance Co.
Simsbury Disability Claim Office
P.O. Box 2993
Hartford, CT 06104

Re: David Corwin
SSN: 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
Pol#: GLT696265

Dear Ms. Rogers:

This is in response to your most recent query regarding David Corwin's disability. I would refer you to some of the attached letters from me to either you or other insurance companies, dated 07/19/94, 05/20/98, 09/03/99, and 11/14/02.

My diagnosis remains Chronic Fatigue Syndrome. In the nearly ten years that I have been caring for Mr. Corwin, nothing to date has made me change my mind or question that diagnosis. In addition, no significant change in his symptoms has occurred that would suggest another illness. It is my belief that it is fruitless to continue to pursue multiple evaluations and testing for Mr. Corwin. As his physician, my responsibility is to Mr. Corwin and certainly not to your insurance company. I believe my role is to support Mr. Corwin and help him deal with his disease, not continue in an unending quest to find some other elusive diagnosis that mostly likely does not exist.

That said, I would never have any objection should Mr. Corwin himself wish to undergo any evaluation by another internist or by any type of subspecialist of his choosing. However, I would certainly not require that he do this either on my insistance or at the insistance of any insurance company. At this time, I have no plan to change my treatment of Mr. Corwin or insist on any further evaluation. As always, thank you for your concern regarding Mr. Corwin's health and well-being.

Sincerely,

Lloyd Simon, MD
LS:da

cc: David Corwin

# LLOYD SIMON, M.D.

DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
CERTIFIED, AMERICAN SOCIETY OF ADDICTION MEDICINE

44210C COUNTY ROAD 48/BOX 1341, SOUTHOLD, NEW YORK 11971-0963
(631) 765-4150 · Fax (631) 765-4688

February 28, 2003

Ms. Martha Rogers
Hartford Life Insurance Co.
Simsbury Disability Claim Office
P.O. Box 2993
Hartford, CT 06104

Re: David Corwin
SSN: 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
Pol#: GLT696265

Dear Ms. Rogers:

This is in response to your most recent query regarding David Corwin's disability: I would refer you to some of the attached letters from me to either you or other insurance companies, dated 07/19/94, 05/20/98, 09/03/99, and 11/14/02.

My diagnosis remains Chronic Fatigue Syndrome. In the nearly ten years that I have been caring for Mr. Corwin, nothing to date has made me change my mind or question that diagnosis. In addition, no significant change in his symptoms has occurred that would suggest another illness. It is my belief that it is fruitless to continue to pursue multiple evaluations and testing for Mr. Corwin. As his physician, my responsibility is to Mr. Corwin and certainly not to your insurance company. I believe my role is to support Mr. Corwin and help him deal with his disease, not continue in an unending quest to find some other elusive diagnosis that mostly likely does not exist.

That said, I would never have any objection should Mr. Corwin himself wish to undergo any evaluation by another internist or by any type of subspecialist of his choosing. However, I would certainly not require that he do this either on my insistance or at the insistance of any insurance company. At this time, I have no plan to change my treatment of Mr. Corwin or insist on any further evaluation. As always, thank you for your concern regarding Mr. Corwin's health and well-being.

Sincerely,

Lloyd Simon, MD
LS:da

cc: David Corwin