# The Law Office of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Bryant R. Camareno, P.A.
Florida

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

June 21, 2022

Gregory Giblin
U.S. Probation
202 Federal Plaza
Central Islip, New York 11722

Re: USA v. Corwin
Ind. 2:21-CR-00218 JS

Dear Greg:

As promised, below is a timeline of Mr. Corwin's contributions to the Village of Greenport Village:

**Trustee Village of Greenport**

April 1987 to April 1991 Trustee of Village of Greenport, elected position with modest salary. Duties: attend one work session and one regular meeting per month.

April 2007 to April 2008 appointed Trustee for a term of one year. No salary was received. Attended one work session and one regular meeting per month.

**Zoning Board of Appeals**

April 2010 to April 2021 ZBA board member. Duties: Attend one board meeting per month. Board meeting were in the evening and lasted two to three hours, sometimes less. Duties where to grant variances from the zoning code of the Village of Greenport. Generally, set-back requirements for swimming pools or kitchen expansions and the like, occasionally larger projects.

The zoning board members receive no compensation serving as volunteers. Interaction with village staff was generally limited to village administrator, building inspector and board clerk.

There was no personal relationship with any male or female other than referenced below and when members went for an occasional club soda after a meeting. The professional relationship to the building inspector and board clerk was minor. The interaction with village staff consisted of picking up applications and supporting papers once per month prior to a ZBA meeting.

**Conservation Advisory Council**

April 2010 to April 2021. CAC members reviewed Wetlands applications and made a non-binding recommendation to the Village Board. Meeting and inspection of projects took place perhaps once every three months. No compensation was received for CAC meeting. The councilor position was voluntary. The interaction to village staff was limited to the village administrator.

**Village of Greenport Planning Board**

David was a member then chairman of the Planning Board in the mid to late 1980s. Duties where to review applications for change of use of existing building and review proposals for new structures. There was no compensation for this position. Members served voluntarily.

**Stirling Historical Society of Greenport**

David was trustee of the Stirling Historical Society from sometime in 2013 until March 2021. The SHS is a small struggling organization. David served as the Building and Grounds committee.

Projects he was involved with included but where not limited to: attended regular meetings, maintained the member database, wrote the book Greenport in Postcards with member Gail Horton for Arcadia publishing, worked on water infiltration to the basement of the Berger House, set up the whaling display in "the Whale Room", oversaw installation of a new heat pump in the Berger House and a new furnace in the Ireland House, compositions for the SHS newsletter and occasionally served as a docent for the Ireland House museum.

Work on the basement of the Berger House consisted of waterproofing the foundation which took on water. David hired laborers to dig around the foundation and apply waterproofing. David paid for the laborers out of his own pocket.

David also paid to have the soffit on the Ireland House repaired out of my own pocket.

David set up the whale room display with the help of local historian Cliff Benecerft. Cliff lent an unique collection of whale processing tools. David landed the SHS Skinner Family memorabilia including scrimshaw, Indian artifacts and a Surveyor of the Port Certificate signed by Abram Lincoln among other things.

As you can see, Mr. Corwin's contributions to his community were significant.

**Recent medical testing confirms CFS as Mr. Corwin's diagnosis of CFS**

Attached is a recent bill from Stony Brook University Hospital which contained an "Order Requisition" for a panel of blood tests ordered by Mr. Corwin's treating physician, Dr. James Hess, on January 3, 2022. The order requisition clearly states Mr. Corwin's medical diagnosis as "Chronic Fatigue Syndrome". In a recent telephone conversation with Dr. Hess' office, I was advised that one of two physicians, Dr. Wilson Sze, in his busy two-man practice, Stony Brook Endocrine Consultants, recently left the office, so Dr. Hess was extremely busy. His staff asked me to be patient for a response from him. At least this explains why neither of us have heard back. However, Dr. Hess' diagnosis is clear from his order. Notwithstanding, I will keep you advised on my progress in this area.

**As to page six of the DeSantis report**

Mr. Corwin meet a woman named Kathleen who submitted an application to the Planning Board. He maintained an intimate relationship with Kathleen. Their friendship lasted from approximately 1992 until 1994. In large part, Mr. Corwin believes the relationship failed due to his Chronic Fatigue Syndrome. As David put it, who wants to date someone that is exhausted all the time? Kathleen moved from Greenport to Mattituck then to West Virginia. Kathleen had two young girls and there were never any issues with Kathleen's daughters. Mr. Corwin's position is that the quote on page 6 is simply inaccurate and completely out of context. There are several factual errors in the report. However, given the that this

extensive report was created after one meeting and hours of questioning, it is not surprising that there would be a few factual inaccuracies. This position is not meant to be critical of Dr. DeSantis whatsoever.

As to Dr. DeSantis' Psychosexual evaluation, I would like to briefly reiterate several conclusions.

**Psychosexual Screening**

Dr. DeSantis' evaluation concluded that although the Abel Assessment for sexual interest reflects that Mr. Corwin does have sexual fantasies involving minor females ages 6-17, the "danger registry" indicates that Mr. Corwin shows no intent to personally engage in sexual acts with minors. At page 10 of Dr. DeSantis' evaluation, she concludes that *"Mr. Corwin's results demonstrate that there are no concerns present."*[1]

**Psychopathy and Potential Danger to Community**

Significantly, Dr. DeSantis' concluded that Mr. Corwin's total row score of 11 suggests that *he does not possess psychopathic features and is not a violent threat to the community. See* DeSantis evaluation at page 10. The evaluation also notes that Mr. Corwin was forthcoming with his admission to engage in viewing child pornography for many years, that he takes responsibility for these behaviors and expressed embarrassment and humiliation for having an attraction to minors. *Id.* 12-13.

Dr. DeSantis points out that once this case reaches a disposition, Mr. Corwin will need a sexual offender treatment program that encompasses individual and group treatment. As you know, Mr. Corwin has begun counseling and substance abuse treatment with First Light Psychological Services and has also voluntarily began attending Sex Addicts and Alcoholics Anonymous. Mr. Corwin has a sponsor and support group in both organizations and has been encouraged by the fact that others suffer from similar issues and have successfully overcome their handicaps.

**Dr. Berrill's Psychosexual Evaluation**

Although I believe I provided you with a copy of the Psychosexual Evaluation of N.G. Berrill, Ph.D., Director of Forensic Psychology for The New York Center For Neuropsychology & Forensic Behavioral Science and Mr. Corwin's expert, dated October 25, 2021, six months after Dr. DeSantis' report. I have attached a copy of that report to this email. The US attorney's Office is familiar with Dr. Berrill and his reputation in the field. In fact, I believe the US Attorney's Office has used Dr. Berrill as an expert, and therefore, respect his opinion.

**Psychopathy and Potential Danger to Community**

Notably, at page 19, under the conclusions and recommendations section of his evaluation, Dr. Berrill opines that *"Mr. Corwin does not impress as someone who poses a threat to the community—that is to say, he is not a predatory individual, however, it is clear that he cannot return to the compulsive viewing of pornography."*

Accordingly, two highly respected and qualified psychologists in the field have concluded that Mr. Corwin is not a danger to the community. In addition, both experts conclude that 1) Mr. Corwin has never engaged in therapy prior to his arrest and 2) that Mr. Corwin will need to participate in a sex offender treatment program that encompasses individual and group treatment.

---

[1] The statement "no concerns present" is specifically referencing the fact that Mr. Corwin does not present a public danger of acting out on a sexual fantasy.

I believe it is important to point out that since Mr. Corwin's release on bail, he has had access to the internet and has proven that he can, and has in fact, abstained from the viewing any pornography. Moreover, any relapse would amount to a return to the computer, which is now and will continue to be monitored post sentencing. In the event Mr. Corwin did in fact relapse, he would face swift and harsh consequences, including an additional two years in jail and the likelihood of facing new criminal charges.

Dr. Berrill's sessions with Mr. Corwin are inciteful and reflect improved insight in Mr. Corwin's thought process from his initial assessment with Dr. DeSantis back on April 8, 2021:

"Mr. Corwin pointed out that he has never considered approaching a child for purposes of having sex.

Mr. Corwin indicated that since being arrested, he has not thought about or perseverated on images of child pornography that he has seen in the past on the internet.

He reported that despite looking at this type of material for quite some time, he understands the repugnant nature of child pornography and the implications with respect to the abuse that children suffer when subjected to sexual encounters with adults.[2]

Mr. Corwin indicated that he never considered that his looking at child pornography contributed to the "cottage industry" that exists online with respect to this material. He reported he now understands that despite the fact that he saw himself as a passive spectator when it came to looking at this material, he also knew that it was unhealthy and that it was only a matter of time/inevitable that he would be arrested for possession of child pornography.

Mr. Corwin indicated that he never shared with another human being, the fact that he looked at this material. He stated he understands that it is against the law to possess child pornography and that, as noted above, the children depicted in child pornography will be harmed as a consequence of being sexually abused." *See* Berrill report at pages 11-12.

With respect to Dr. Berrill's Psychosexual Assessment, it is similar in its conclusion to Dr. DeSantis, that Mr. Corwin demonstrates a principal sexual attraction to adult females and adolescent females, ages 14-17. Dr. Berrill states that there is no indication on the assessment that Mr. Corwin is attracted to prepubescent or underage males or females and that it is not uncommon for a heterosexual male to demonstrate a sexual attraction to adolescent females. Dr. Berrill points out that, "[t]his does not mean, however, that the adult in question would necessarily pursue a sexual relationship or make sexual contact with an adolescent female." *Id.* At 14.

Significantly, in response to a Sexual Activity Questionnaire, Mr. Corwin indicated "…that he differentiated looking at pornography on the internet from his 'every day life,' where he would run across adolescents or children, pointing out that in this context, he had no sexual thoughts about adolescents or children, nor did he desire to make sexual contact with them." *Id.* at 16-17

Dr. Berrill's diagnostic impression[3] was as follows:

---

[2] This is another example of a change in Mr. Corwin's thought process from that expressed in Dr. DeSantis' evaluation wherein she expressed concern that Mr. Corwin lacked empathy for the victims of child pornography.
[3] Dr. DeSantis' diagnostic impression was Pedophilia NOS Paraphilic Disorder; Ephebophilia, Hebephilia, Generalized Anxiety Disorder, Benzodiazepine Use Disorder; severe, Cannabis Use Disorder; severe, Avoidant Personality Disorder with schizoid and depressive traits.

Generalized Anxiety Disorder, with post-traumatic sequelae

Cannabis Use Disorder

Dysthymia

Benzodiazepine use disorder

Paraphilic disorder, NOS(compulsive use of the internet for purposes of viewing pornography, both adult and child pornography)

Avoidant, paranoid, and schizoid personality characteristics

Dr. Berrill concludes that Mr. Corwin has suffered from chronic anxiety, depression and substance abuse for most of his adult life, which ironically stems from his own childhood abuse at the hands of his abusive and alcoholic father. Unfortunately, despite his chronic depression and anxiety, as well as his compulsive viewing of pornography, Mr. Corwin never pursued mental health treatment resulting in a lonely, unhappy, and socially dysfunctional existence. In addition, Mr. Corwin's poor mental health, his physical health is generally poor. He suffers from neurological issues which result in visible tremors, he recently underwent cataract surgery with complications, and he has been diagnosed with, and thereafter been found to be permanently disabled from, chronic fatigue syndrome.

**Recommendations for Treatment**

Both DeSantis and Berrill recommend that Mr. Corwin engage in mental health and sexual offender treatment including individual and group therapy. Neither psychologist opines that Mr. Corwin poses a threat to the public. I personally believe a balancing of the punitive aspects of the plea, while allowing a first time 73 year old offender an opportunity at treatment and rehabilitation, that is at issue in this case.

Mr. Corwin has complied with Dr. DeSantis and Dr. Berrill's recommendations by engaging in individual therapy at First Light Psychological Services since April of this year. Mr. Corwin has also seen Dr. Banks, a psychiatrist at the recommendation of First Light Psychological Services and has explored the use of anti-depressants to help minimize his social anxieties. In addition, Mr. Corwin has engaged in group therapy while under house arrest by actively participating in Sex Addicts Anonymous and Alcoholics Anonymous through zoom meetings on almost a daily basis since July of 2021. Mr Corwin has secured a sponsor and is developing a support group in both organizations.

At page 10 of Dr. Berrill's evaluation, he writes that it was suggested to David "…that attending Alcoholics Anonymous[4] and Sex Addicts Anonymous meetings would help him with both his substance abuse and pornographic viewing problems. Mr. Corwin reported that he began attending both programs online and secured sponsors in both Alcoholics Anonymous and Sex Addicts Anonymous. He indicated that he has found both programs very beneficial. He attends SAA almost seven days a week and stated he does not feel as isolated or alone knowing other people have similar issues." Berrill report at page 10, paragraph 3.

---

[4] Although Mr. Corwin is not an alcoholic, it was suggested he attend AA and not Narcotics Anonymous based upon the believe that he would have greater identification with the majority of individuals in AA. Both programs focus on a 12-step recovery program, however, the demographics of NA include a much younger membership. Mr. Corwin was directed to substitute the words marijuana and valium in place of alcohol when applying the principles of the AA program. The point is that Mr. Corwin is no longer denying his issues, and for the first time in his life has begun to reveal his secrets to the world and seek help.

For what it is worth Greg, my personal opinion is that Mr. Corwin is 73-years old, has been suffering from a prominent generalized anxiety disorder and major depression which has caused him to maintain a social distanced from others. Based upon his life history, he is accurately characterized as a passive isolationist and his risk of recidivism is minimal. Even if Mr. Corwin relapsed, that would involve a return to viewing pornography on the internet as opposed to any sexual predatory behavior. Mr. Corwin needs both addiction and mental health counseling which he is now receiving. An extended prison sentence will do little for this aged, forlorn man.

This may be more than you wanted Greg, but I hope it is helpful.

Kind Regards,

Anthony M. Grandinette

Amg/mk
Enc.