Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: USA v. David Corwin
Ind. No.: 2:21-CR-00218JS

Dear Judge Seybert:

  I am writing on behalf of David Corwin, who was my colleague on the Zoning Board of Appeals of Greenport, New York, for seven years, from 2014 until 2021. In addition, and outside of the context of the ZBA, I have occasionally consulted him about issues of importance to the village, like parking and water run-off.

  Although we are not close friends, I always had the greatest respect for David and for his judgment. He comes from a family with deep roots in North Fork history, and he has honored that history with many decides of civic engagement. Before we were acquainted, he was a member of the Village Board, and he has continued since then to contribute in a number of ways to consideration of local policy issues. In a 2018 village-wide debate over the appropriate speed limit for Main Street, David monitored a radar gun and documented the speeds of cars entering Greenport. The previous year he testified at a public hearing on a proposal to convert a local church into residences. He has always been an active citizen.

  I do not pretend to understand what led David to commit this dreadful crime. I have never seen any cruel or prurient qualities in him; in ZBA meetings he was an attentive and considerate participant in our exchanges with applicants. Of

1

course his arrest generated lots of talk in this small town, but I have never heard anyone say that this conduct was something that might be expected from him. As far as I know, he has not committed other serious offenses.

David tells me that the prosecutor contends that his tremor is evidence of drug addiction. I seriously doubt this charge. I have the same kind of tremor and, as a result, I noticed his immediately when I met him, long before this criminal behavior is alleged to have begun.

David has expressed remorse to me, and I understand that he has cooperated fully with law enforcement. Surely these facts will count for something in the sentencing process, since the personal qualities behind them suggest he is an unlikely recidivist. I cannot imagine that lengthy incarceration of this elderly engineer will benefit society, either as incapacitation or deterrence. And I know that someone who is somewhat fragile and solitary is not likely to adapt well to prison life.

I hope that you can combine mercy and pragmatism to give David Corwin a light sentence. Thank you for considering support from community members.

*Diana R. Gordon*

# Ryan Beckley

640 1st Street, Greenport NY 11944
631.506.1316

---

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

July 31st, 2022

Dear Judge Seybert:

    My name is Ryan Beckley, and I am writing on behalf of the defendant David Corwin whom I have known for 11 years. Mr. Corwin is my landlord and I have rented from him for the entirety of that time.
    During the 11 years that I have known Mr. Corwin I have only experienced a kind and polite landlord and neighbor. Mr. Corwin has displayed compassion and understanding in terms of rental payments, and has been both timely and responsive with any property management issues that have been brought to his attention. While I understand and am deeply troubled about the serious nature of the crimes to which Mr. Corwin has pleaded guilty, I had no indication or reason to believe something was awry based on my observations and interactions with him.

However, given my knowledge of his character through our interactions I believe that Mr. Corwin is capable and worthy of redemption and rehabilitation. On balance, despite his lapse in judgment, I believe Mr. Cowin is aware of the harm his actions have caused and he has expressed his remorse and awareness of the wrongfulness of his actions. Also, Mr. Corwin is of advanced aged and I do not believe the interests of justice or the community are best served by incarcerating Mr. Corwin for the rest of his life, but rather implementing treatment oriented rehabilitation should be the goal in his case. I believe that Mr. Cowin has made a sincere commitment to maintaining continued treatment and will be successful in that. I also believe that the court will make a fair and sound determination in this matter and I humbly appreciate your consideration on behalf of Mr. David Corwin.

Respectfully,

Ryan Beckley

Lisa Johnson
1st street
Greenport, NY 11944

August 11, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York. 11722

Te: USA v. David Corwin
Ind. No. : 2:21-CR-00218 JS

Dear Judge Seybert:

My name is Lisa Johnson and I'm writing on behalf of the defendant David Corwin whom I have known for 17 years. Mr Corwin is my landlord and I rent the downstairs apartment of the house next door to him. I have rented the apartment since May of 2005.

During the 17 years I've known Mr. Corwin he's always been fair and compassionate. He works very hard on maintaining his house and the properties he owns. If anything ever happens or breaks down he takes care of it in a timely manner. Unfortunately, the past several years his health has declined. During this time I have noticed he works for short periods of time and stops to rest or nap.

He has been a very active member of the community. He was on the Village of Greenport Zoning Board, Conservative Advisory Council, and trustee of the Greenport Historical Society. Dedicating his own personal time to help keep a well running community.

Mr. Corwin has always been fair and lenient with my rent. I work in the hospitality business and my income fluctuates throughout the year. Mr. Corwin has been very understanding when I pay rent late. I went through a rough patch a few years ago and didn't have a job. I got behind on rent for several months. Mr. Corwin helped me get rental assistance and forgave me for some of my back owed rent. When the pandemic happened he also decreased my rent to help with the situation.

Most of my family is not from the area they tend to visit often and stay with me. Mr. Corwin has been very accommodating when I have family visiting. My family has always felt comfortable visiting me and interacting with David Corwin. In fact my sister's boyfriend always makes a point to visit Dave when they visit.

I was shocked when I heard of the charges against Mr. Corwin. Having lived next door to him for 17 years I've never seen or felt like he would do anything to harm anyone. The charges against him don't fit the person I've known for 17 years. With this in mind I hope that you'll be lenient with Mr. Corwin in his sentencing.

Sincerely,

Lisa Johnson

For the courts on behalf of David Corwin or as we call him David S in our annonymous Sex Addicts Anonoumous meetings. He attends regular, completed his step work with me as his sponsor for over a year now. He confessed to his porn use and his attraction to underage porn during his 1st step, which is usually the hard part of working with porn addicts.
He has been able to maintain sobriety, while we never know who may re-offend. I have worked with him for over a year. I truly believe he is safe and not a treat to society or I wouldn't sign this letter.

[William Spencer]
MRAC - SAA
151 Grezaff Dr
New Roads, LA 70760

August 10, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Seybert,

I'm writing this letter today in hopes and wording it as if I was sitting in your office having a face to face conversation as opposed to following some attorney's template.

I've known Daniel for the better part of two decades. We've served together on both the Village of Greenport Zoning Board of Appeals, and the Village Construction Review Council.

Part of why I'm writing to you today is to ask you to consider looking at Daniel entering with a lenient eye. I fully understand Daniel committed a crime and should be held to task, but I do think that certain individuals like Daniel would suffer much, much more than the average person would be in a prison environment. I don't know if prison would rehabilitate him, but I'm sure it would certainly make him a victim.

Daniel is a lifelong resident in a very opinioned small town, and because of what he has done he has become

shunned and isolated by his acquaintances and neighbors. Because of what he's done and because we'd live in a small town with small town values, most folks in the Village are at best indifferent if David went to prison or not, with some even adopting a more militant "law and order" attitude. David should of course suffer the consequences of his actions, but I do not believe it should be prison. I also believe David can still be a viable member of society, and would ask you to consider what I've said here when making your decision.

Respectfully,
John LaSadio
304 Sixth Street
Greenport, NY 11944

Aug 14, 2022

To whom it may concern.

I have known David Crown for 30 yrs. He is presently attending Zoom meetings because of his ongoing health issues. He has been sober for at least a yr. I do not know the exact date of his sobriety. I meet with him & talk on the phone as his sponsor on a regular basis discussing the tenants of AA.

Sincerely yours,

Thomas Crowley

8/18/22

Honorable Joanna Seybert
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Seybert:

    My name is Kirby Corwin and I am writing on behalf of my brother David Corwin, who is scheduled to be sentenced Sept 5th as he pleaded guilty to possession of child pornography. As you are aware, I cosigned for a $300,000 bond against property I co-own with David. I am a father and a grandfather.

    I am quite ignorant as to the particulars of the charges and circumstances of this matter. I am not writing to mitigate the seriousness or to make excuses.

    As I recall David has told me the federal prosecutors are asking for a possible sentence of 5 years imprisonment and 5 years probation.

    I do think imprisonment could possibly be a death sentence for David, considering his age and health.

    I respectably ask that you consider what Supreme Court Justice Jackson has said on sexual offenders. Justice Jackson said "a sentence should be sufficient but not greater than necessary to promote the purposes of punishment." She also feels that the additional restraints available by law i.e. lifelong supervision, registering as a sexual offender, and other lifestyle restraints are, in some cases, a sufficient punishment.

    I doubt very much that David would ever again be involved in the criminal justice system.

    Thank you for your time and consideration.

Sincerely,

Kirby S. Corwin
Box 109
Seldovia, Ak 99663

1735 Grandview Dr
Orient N.Y 11957

August 12 2022

Honorable Janne Seybert
United States District Court
Eastern District Court of N.Y.
100 Federal Plaza
Central Islip N.Y

RE: US vs Davis Corwin
Ind. No 2:21 CR00218 JS

Dear Judge Seybert

My name is Thomas Crowley. I have known Davis for 50 yes. We have worked together and have had a joint venture for over 30 yes. Davis was one of the hardest working people I know until whatever is suffering from made it impossible to work any longer. I've watched him deteriorate from a strong hardworking individual to wither away to the physical state he is in now.

During the time of his decline he continued to run for office and volunteer on committee's in the village he loves the most. Greenport. He also manages to edit a book about the history of the village.

When I first heard the charges against Mr. Corwin I was shocked. Who knows what one can talk themselves into when you lie in bed day after day with no contact with the outside world. This is not the Davis Corwin I know.

Mr. Dennis has followed all the steps & ways to remediate his mistakes. He has seen doctors and counselors and at present attends a 12 step program. I ever believe that he will ever be in front of a court again.

Judge I emplore you to be lenient and compassionate when Sentencing Mr Dennis. His health is compromised and I do believe that it was the disease that created Mr Dennis's judgment. He is a 74y/o man in poor health who has said everytime the Court has asked him to do.

Sincerely yours,
Sarah Injoining
Dennis Dennly

Leslie Christensen
5609 Shady Oak Court
Austin, Texas 78756

September 15, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: USA v. David Corwin
Ind. No.: 2:21-CR-00218JS

Dear Judge Seybert:

My name is Leslie Christensen. I am writing on behalf of the defendant David Corwin. He is my first cousin, and we have known each other our whole lives. I am a few years older than he is.

David has always been there for members of the family. For example, while all the children in the family inherited a beach property on the Sound from our grandmother, David is the one that kept up paying the property taxes on it for decades without ever asking any of us for money. He supported his cousin Charlie, by making property tax payments on his house for years. At one point he helped a homeless man by allowing him to stay in his garage until the man became destructive of the property.

The charges against him are a significant deviation of his normal character. While at one point he was not aware of the harm that this kind of activity had on the children involved, he is keenly aware of it now. Based on our discussions, I know he would never get involved with this again.

I am writing to ask you to offer leniency and compassion in handling David's sentencing. He has for years been plagued with Chronic Fatigue Syndrome. Most of the time that I reach out to him, he is having a bad spell and in bed. Federal prison will be an exceptional hardship, and I am concerned it will cause him severe physical and emotional harm given his condition,.

Sincerely,

Leslie Christensen