PROB 46
(Rev. 06/10)

## MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: Valerie Gelo | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 04/01/2021 - 06/30/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: June 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: ☒ Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☒ Other | CONTRACT: 0207-2019-017C |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 06/14/21 | 5030 | X30 | | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (☒ Met ☐ Not Met):
Client will participate in monthly medication monitoring with the psychiatrist

b. Describe any steps taken by the client this month toward these goals (☒ Positive ☐ Negative):
Client participated in a monthly medication monitoring appointment with the psychiatrist

c. Describe any obstacles or setbacks the client encountered this month:
none

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
Encourage medication compliance

e. If continued treatment is recommended, discuss the plan for next month (☒ Recommended ☐ Not Recommended):
Client will continue with monthly medication monitoring appointments with the psychiatrist to determine if dosage needs to be corrected or medications changed

f. Discuss your observations of the client's behavior and commitment to treatment (☒ Positive ☐ Negative):
Client reports medication compliance

g. Comments: Client Paid $0.00 For June 2021; Owes $0.00
vistaril 25 mg, modafimil 100mg ,

h. Overall Progress: ☒ Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR: Valerie Gelo, LMHC | DATE: June 30, 2021 |
|---|---|

DISTRIBUTION:   ORIGINAL.   CONTRACTOR

**MITCHELL BANKS, M.D.**
Board Certified Diplomat
555 Broadhollow Road - Suite 107
Melville, New York 11747

PHONE: (631) 414-7272
FAX:   (631) 414-7274

**Date of Evaluation:** June 14, 2021

**Client:**           David Corwin
                      639 Main Street
                      Greenport, New York 11944
                      (934) 222-1392
                      DOB: 04/13/48

**Presenting Problem:**
Patient is a 73-year-old single male who recently started individual mental health treatment sessions at First Light Psychological Services. He was arrested in March 2021 and charged with possessing child pornography. Patient stated he recently weaned off Valium that has been prescribed for him since approximately 1985. He was unable to state the dosage of the medication or provide the physician who was prescribing the medication. The valium was used to increase his energy and decrease social anxiety. His only complaint is anxiety when having to be in places with other people.

**Past Psychiatric History:**
Patient stated that since young childhood he suffers from anxiety and is uncomfortable in social situations and crowded areas. The Valium helped to minimize symptoms and he would take the drug prior to leaving his residence. Patient reported a history of depression in the 1980's that was triggered by a breakup of a relationship. He did experience suicidal ideations at that time but with no plan.

**Family Psychiatric History:**
Patient denied.

**Social History:**
Patient was raised by both parents in Greenpoint. His father abused alcohol and was emotionally and physically abusive toward the patient and his mother. Both parents are deceased. There is one younger brother who lives in Alaska but there is no substantial relationship between the patient and is brother.

In 1976, patient earned a bachelor's degree in civil engineering. Patient started working while in college and mentioned that he had to attend college "off and on" because he had to save money to continue his studies. He started working in the civil engineering area since 1976. He was forced to stop working in August 1993 due to medical issues.

Patient stated he had friendships while growing up. His only source of social interactions for the past decade has been through support groups for his medical condition.

Patient has never been married. His longest romantic relationship was three years.

**Medical History:**
Patient stated he was diagnosed with Chronic Fatigue Syndrom in 1983, but he can carry out activities of daily living and other tasks. Symptoms of fatigue are intermittent and not severe. Patient stated that since his diagnosis he suffers from tremors. They were noted as present and mild in severity.

**Substance Abuse History:**
Patient reports using marijuana daily for the past thirty years. He denied other illicit drug use or problems with alcohol.

**Mental Status Exam:**

Appearance: Casually dressed, hygiene appropriate, eye contact appropriate.

Speech: Coherent, quiet

Cognitive Function: On task and within normal limits.

Mood: Neutral

Active complaints: social anxiety

No active hallucinations
No active suicidal ideation

**Impression:**

| | |
|---|---|
| Axis I: | Generalized Anxiety Disorder |
| | R/O Dysthymic Disorder |
| Axis II: | R/O Schizoid Personality Disorder |
| Axis III: | Chronic Fatigue Syndrome, R/O Parkison's Disease |
| Axis IV: | 1-2 |
| Axis V: | 50/50 |

Patient claims to have Chronic Fatigue Syndrome. Tremors are present and it is recommended that he go for a full neurological work up to rule out Parkinson's or other neurological disease. Patient appears to be guarded with providing a more accurate history.

Plan: Prescribe Vistaril 25 mg every six hours for anxiety. Modafinil 100mg daily to increase energy. Follow up in one month. Call in-between appointments if any problems with medication arise.

Mitchell Banks, M.D.

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: Valerie Gelo | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2021 - 09/30/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: July 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: ☒ Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☒ Other | CONTRACT: 0207-2019-021A |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 07/07/21 | 7013 | X60 | | $0.00 |
| 07/14/21 | 7013 | X0 | No Show | $0.00 |
| 07/21/21 | 7013 | X60 | | $0.00 |
| 07/28/21 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (☒ Met ☐ Not Met):
Client will continue to explore effective ways to cope with stress and anxiety surrounding his legal case. Client will attend necessary medical appointments, including a psychiatric evaluation.

b. Describe any steps taken by the client this month toward these goals (☒ Positive ☐ Negative):
Client attended his psychiatric evaluation. Client maintained attendance and openly discusses the presence of both mental health symptoms and physical health symptoms.

c. Describe any obstacles or setbacks the client encountered this month:
Client was prescribed psychiatric medication by his new psychiatrist but did not follow the instructions and abruptly ceased use. Client prefers to make decisions based on independent research.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO can validate client's effort in treatment. PO can encourage medication compliance and communication surrounding such.

e. If continued treatment is recommended, discuss the plan for next month (☒ Recommended ☐ Not Recommended):
Client will continue to explore effective ways to reduce the frequency, intensity, and duration of physical and mental health symptoms.

f. Discuss your observations of the client's behavior and commitment to treatment (☐ Positive ☒ Negative):
Client is compliant during sessions, but continues to view pretrial services and mental health treatment as more disruptive than helpful to his daily lifestyle and functioning.

g. Comments: **Client Paid $0.00 For July 2021; Owes $0.00**
Client is prescribed: Gabapentin 300mg 2x/daily, Hydroxyzine 25mg every 6 hours, Modafinil 100mg 1x/daily

h. Overall Progress: ☒ Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR Valerie Gelo, LMHC | DATE July 31, 2021 |
|---|---|

DISTRIBUTION: ORIGINAL    CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: Valerie Gelo | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2021 - 09/30/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: August 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2019-021A |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 08/04/21 | 7013 | X60 | | $0.00 |
| 08/11/21 | 7013 | X60 | | $0.00 |
| 08/18/21 | 7013 | X0 | Therapist Canceled | $0.00 |
| 08/28/21 | 7013 | X0 | Client Excused | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (☐ Met  X Not Met):
Client will continue to explore effective ways to reduce the frequency, intensity, and duration of physical and mental health symptoms.

b. Describe any steps taken by the client this month toward these goals (X Positive  ☐ Negative):
Client attended necessary medical appointments. Client verbalized negative thoughts and feelings surrounding his potential sentence for the instant offense.

c. Describe any obstacles or setbacks the client encountered this month:
Client has not been medication compliant due to perceived side effects, despite the lack of daily, consistant use.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO can encourage medication compliance. PO can encourage client to explore alternative methods of addressing mental and physical health needs without predicting the outcomes.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended  ☐ Not Recommended):
Identify, challenge, and replace biased, fearful self-talk with reality-based, positive self-talk.

f. Discuss your observations of the client's behavior and commitment to treatment (☐ Positive  X Negative):
Client is partially receptive to alternate ideas and perspectives. Client often makes decisions based on assumptions. Client demonstrates rigid thinking.

g. Comments: Client Paid $0.00 For August 2021; Owes $0.00
Client is prescribed: Gabapentin 300mg 2x/daily, Hydroxyzine 25mg every 6 hours, Modafinil 100mg 1x/daily

h. Overall Progress:  X Acceptable  ☐ Unacceptable

| SIGNATURE OF COUNSELOR Valerie Gelo, LMHC | DATE August 31, 2021 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

```
PROB 46
(Rev. 06/10)
```

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2021 - 09/30/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: September 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2019-021A |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 09/11/21 | 7013 | X60 | | $0.00 |
| 09/18/21 | 7013 | X60 | | $0.00 |
| 09/25/21 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client reviewed a goals in anticipation of a new quaterly while he addressed causes for change in therapist.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The clint needs to adjust to a change in to therapist and needs to address presenting concerns.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the client to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss thinking models that contributed to the instant offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The cleint is now adjusting to a new therapist. His first session was on 9/11/2021.

g. Comments: Client Paid $0.00 For September 2021; Owes $0.00
The client is not compliant w/ medications - complains that medications causes blurr vision.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR John Marino, LMHC, CASAC | DATE September 30, 2021 |
|---|---|

DISTRIBUTION:   ORIGINAL       CONTRACTOR

PROB 46
(Rev. 06/10)

## MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 10/01/2021 - 12/31/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: October 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 10/02/21 | 7013 | X60 | | $0.00 |
| 10/09/21 | 7013 | X60 | | $0.00 |
| 10/16/21 | 7013 | X60 | | $0.00 |
| 10/23/21 | 7013 | X60 | | $0.00 |
| 10/30/21 | 7013 | X60 | | $0.00 |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The cleint discussed the impact of minization and rationalization of his behavior.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client participates in sessions without prompt and is willing to examind thought patterns that contribute to presenting difficulties.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss the connection between tthought patterns and the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The client needs to continue discussing contributing factors to his offence.

g. Comments: Client Paid $0.00 For October 2021; Owes $0.00
Client is compliant with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE: October 31, 2021 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

**PROB 46**
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 10/01/2021 - 12/31/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER: Mallori Brady | 4. FOR PERIOD COVERING: November 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 11/06/21 | 7013 | X60 | | $0.00 |
| 11/20/21 | 7013 | X60 | | $0.00 |
| 11/27/21 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client examined the connection between health issues and sexual distorted views.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client is receptive to feedback and particiaptes in session without prompt.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the client to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss core believes that contributed to the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The client lacks natural supports and needs to develop coping mechanisms to address destructive thought patterns.

g. Comments: Client Paid $0.00 For November 2021; Owes $0.00
The client is compliant with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE: November 30, 2021 |
|---|---|

DISTRIBUTION: ORIGINAL CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 10/01/2021 - 12/31/2021 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: December 2021 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 12/04/21 | 7013 | X60 | | $0.00 |
| 12/11/21 | 7013 | X60 | | $0.00 |
| 12/18/21 | 7013 | X60 | | $0.00 |
| 12/26/21 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client examined how his behavior at times contributes to periods of anxiety.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client is receptive to feedback and is willing to discuss presenting concenrs without propt.

c. Describe any obstacles or setbacks the client encountered this month:
None

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Manganaro can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The cleint will discuss how assumptions and irrational fears trigger periods of anxiety.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The cleint continues to project into the future and rumminate about situations that he cannot control

g. Comments: Client Paid $0.00 For December 2021; Owes $0.00
The client is complaitn with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR John Marino, LMHC, CASAC | DATE December 31, 2021 |
|---|---|

DISTRIBUTION: ORIGINAL — CONTRACTOR

PROB 46
(Rev. 05/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 01/01/2022 - 03/31/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: January 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE. | 6. PRETRIAL CLIENT: X Yes __ No | 7. CLIENT EMPLOYED __Yes __No __Student X Other | CONTRACT. 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 01/01/22 | 7013 | X0 | Therapist Canceled | $0.00 |
| 01/08/22 | 7013 | X60 | | $0.00 |
| 01/15/22 | 7013 | X60 | | $0.00 |
| 01/22/22 | 7013 | X0 | Therapist Canceled | $0.00 |
| 01/29/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met __ Not Met):
The cleint discuss coping mechanisms to reduce projection into the future.

b. Describe any steps taken by the client this month toward these goals (X Positive __ Negative):
The client participates in session without prompt and is willing to discuss presenting concenrs.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Manganaro can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended __ Not Recommended):
The client will discuss the connection of increase stress and the activation of maladative thought patterns that contributed to the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive __ Negative):
The client lacks a support system that can help him cope with stressors connected to PTS and deteriorating health concenrs.

g. Comments: Client Paid $0.00 For January 2022; Owes $0.00
Client is compliant with treatment.

h. Overall Progress: X Acceptable __ Unacceptable

SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC

DATE: January 31, 2022

DISTRIBUTION:   ORIGINAL   CONTRACTOR

| PROB 46<br>(Rev. 06/10) | MONTHLY TREATMENT REPORT | | This form must be completed and submitted with each monthly billing. Additional sheets may be used. |
|---|---|---|---|
| 1. PROGRAM NAME:<br>First Light Psychological Svcs. | 1a. PROVIDER NAME:<br>John Marino | | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS):<br>01/01/2022 - 03/31/2022 |
| 3. CLIENT NAME:<br>CORWIN, David | 3a. PACTS NO.<br>7353401 | 3b. OFFICER<br>Mallori Brady | 4. FOR PERIOD COVERING:<br>February 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT:<br>X Yes ☐ No | 7. CLIENT EMPLOYED:<br>☐ Yes ☐ No ☐ Student X Other | CONTRACT:<br>0207-2022-021B |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 02/05/22 | 7013 | X60 | | $0.00 |
| 02/12/22 | 7013 | X60 | | $0.00 |
| 02/19/22 | 7013 | X60 | | $0.00 |
| 02/26/22 | 7013 | X60 | | $0.00 |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client discussed the importance of avoiding projection in to the future and the importance of identifying distorted sexual views.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client participates in session without prompt and is receptive to feedback.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Manganaro can encourage the cleint to make all appointments as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will identify thinking models that contributed to instant offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The cleint is receptive to discussing the issues that contributed to the offence.

g. Comments: Client Paid $0.00 For February 2022; Owes $0.00
The cleint is compliant with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR<br>John Marino, LMHC, CASAC | DATE<br>February 28, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 01/01/2022 - 03/31/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: March 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: ☒ Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☒ Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 03/05/22 | 7013 | X60 | | $0.00 |
| 03/12/22 | 7013 | X60 | | $0.00 |
| 03/19/22 | 7013 | X60 | | $0.00 |
| 03/26/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf. Qty. | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes (specify drug) | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (☒ Met ☐ Not Met):
The client will discuss the importance of avoiding projection into the future and the importance of avoiding minimization and rationalization of the offence.

b. Describe any steps taken by the client this month toward these goals (☒ Positive ☐ Negative):
The client is receptive to feedback and is willing to discuss oresenting issues.T

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Manganaro can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (☒ Recommended ☐ Not Recommended):
The client will discuss the connection between cognittion, attitudes, and the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (☒ Positive ☐ Negative):
The client admits to thinking errors that contributed to the offence and expresses concenr about his ability to endure inprisonment.

g. Comments: Client Paid $0.00 For March 2022; Owes $0.00
The client is compliant with treatment.

h. Overall Progress: ☒ Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR John Marino, LMHC, CASAC | DATE March 31, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 04/01/2022 - 06/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO 7353401 | 3b OFFICER Mallori Brady | 4. FOR PERIOD COVERING: April 2022 |

| 5. PHASE NO. | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT: X Yes __ No | 7. CLIENT EMPLOYED: __ Yes __ No __ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 04/02/22 | 7013 | X0 | Therapist Canceled | $0.00 |
| 04/09/22 | 7013 | X60 | | $0.00 |
| 04/16/22 | 7013 | X60 | | $0.00 |
| 04/23/22 | 7013 | X60 | | $0.00 |
| 04/30/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met __ Not Met):
The client examined the importance of avoiding minimization and rationalization.

b. Describe any steps taken by the client this month toward these goals (X Positive __ Negative):
The client is receptive to feedback and is willing to discuss presenting ocncenrs.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Manganaor can encourage the client to attend all sessions.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended __ Not Recommended):
The client will discuss cognitive patterns that contributed to the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive __ Negative):
The cleint continues to have very little support on the community and continues to struggle accepting potential imprisonment.

g. Comments: Client Paid $0.00 For April 2022; Owes $0.00
The client is compliant w/ treatment.

h. Overall Progress: X Acceptable __ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE: April 30, 2022 |

DISTRIBUTION: ORIGINAL    CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 04/01/2022 - 06/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: May 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 05/07/22 | 7013 | X0 | Therapist Canceled | $0.00 |
| 05/14/22 | 7013 | X60 | | $0.00 |
| 05/21/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client examined the connection between distortions of reality and the offence.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client participated in session without prompt.

c. Describe any obstacles or setbacks the client encountered this month:
Nonw

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the client to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss the impact that denial has on mental health issues.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The cleint continues to have difficulty accepting the consequences of his behavior.

g. Comments: Client Paid $0.00 For May 2022; Owes $0.00
The client is compliant w/ tx.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE: May 31, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL       CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 04/01/2022 - 06/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: June 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 06/11/22 | 7013 | X60 | | $0.00 |
| 06/25/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Stall | No | Yes (specify drug) | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client completed a review of therapeutice goals in anticipation of quaterly.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client is receptive to feedback and contributes to discussions withouth prompt.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO. Brady can encourage the client to attend all sessions scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss how minimization and rationalization perpetuated the offence cycle.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The client needs to continue discussing thinking errors that contributed to the offence.

g. Comments: Client Paid $0.00 For June 2022; Owes $0.00
The client is compliant with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR John Marino, LMHC, CASAC | DATE June 30, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2022 - 09/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: July 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: ☒ Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☒ Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 07/09/22 | 7013 | X60 | | $0.00 |
| 07/23/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes / No | Sample Not Tested Insuf. Qty. / Stall | Drug Use Admitted No / Yes (specify drug) | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (☒ Met ☐ Not Met):
The client discussed the formation of pornography addiction and discussed participation in sexaholic anonimous.

b. Describe any steps taken by the client this month toward these goals (☒ Positive ☐ Negative):
The client contributes to discussions of the offence without prompt.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (☒ Recommended ☐ Not Recommended):
The client will discuss contributing cognitve factors that may have facilitated the offence.

f. Discuss your observations of the client's behavior and commitment to treatment (☒ Positive ☐ Negative):
The client reports remorse for his actions and states that he allows his ponography addiction to progress.

g. Comments: **Client Paid $0.00 For July 2022; Owes $0.00**
The client is compliant with treatment.

h. Overall Progress: ☒ Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR John Marino, LMHC, CASAC | DATE July 31, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2022 - 09/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: August 2022 |

| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 08/13/22 | 7013 | X60 | | $0.00 |
| 08/27/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes / No | Sample Not Tested Insuf. Qty. / Stall | Drug Use Admitted No / Yes (specify drug) | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The client discussed how projection into the future could increase emotional agitation.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client p[articipates in sessions without prompt.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The client will discuss the importance of avoiding thought patterns that could activated the offence cycle.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The client anticipates going to proson and wonders if his medical condition will result on passing while in prioson.

g. Comments: **Client Paid $0.00 For August 2022; Owes $0.00**
The cleint is compliant with treatment.

h. Overall Progress: X Acceptable ☐ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE August 31, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR

PROB 46
(Rev. 06/10)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM NAME: First Light Psychological Svcs. | 1a. PROVIDER NAME: John Marino | 2. DATE OF CURRENT TX PLAN (ATTACH REVISIONS): 07/01/2022 - 09/30/2022 |
|---|---|---|
| 3. CLIENT NAME: CORWIN, David | 3a. PACTS NO. 7353401 | 3b. OFFICER Mallori Brady | 4. FOR PERIOD COVERING: September 2022 |
| 5. PHASE NO. | 5a. TIME IN PHASE: | 6. PRETRIAL CLIENT: X Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student X Other | CONTRACT: 0207-2022-021B |

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (No Shows, Tardiness, Issues Addressed) | e. Copay (amount collected) |
|---|---|---|---|---|
| 09/17/22 | 7013 | X60 | | $0.00 |

## 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS (Positive/Negative) | Copay (amount collected) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf. Qty. | Staff | No | Yes (specify drug) | | | | |

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

a. Describe the treatment goals addressed this month (X Met ☐ Not Met):
The cleint completed a review of goals in anticiation of the new quaterly.

b. Describe any steps taken by the client this month toward these goals (X Positive ☐ Negative):
The client is receptive to feedback and uses session as an outlet to stress.

c. Describe any obstacles or setbacks the client encountered this month:
None.

d. Describe one unique way the PO/PSO can assist/support the client in treatment over the next month:
PO Brady can encourage the cleint to attend all sessions as scheduled.

e. If continued treatment is recommended, discuss the plan for next month (X Recommended ☐ Not Recommended):
The cleint will discuss the importance of avoiding thinking errors that objectify minors.

f. Discuss your observations of the client's behavior and commitment to treatment (X Positive ☐ Negative):
The client needs to continue discussing the cognitive factors that lead to the instant offence.

g. Comments: **Client Paid $0.00 For September 2022; Owes $0.00**
The cleint is complaint with treatment.

h. Overall Progress:  X Acceptable  ☐ Unacceptable

| SIGNATURE OF COUNSELOR: John Marino, LMHC, CASAC | DATE: September 30, 2022 |
|---|---|

DISTRIBUTION:   ORIGINAL   CONTRACTOR