**The Law Office of**
# ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

November 15, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: USA v. David Corwin
2:21-CR-00218 JS

Dear Judge Seybert:

      As you know, David Corwin is scheduled for sentencing on November 18, 2022, at 3:00 PM. By Electronic Order dated October 28, 2022, Your Honor granted my application to submit partially redacted versions of Dr. DeSantis and Dr. Berrill's Psychosexual Reports on ECF, and file unredacted versions with chambers. *See* DE 32. Accordingly, I seek permission to serve the unredacted versions of both reports by email to chambers. In the alternative, I will overnight hard copies to Chambers. As previously mentioned the Government and USPO are in possession of both unredacted reports.

      In addition, yesterday, Your Honor issued an Electronic Order adjourning the time of Mr. Corwin's sentencing hearing from 2 to 3 PM and directed that no further submissions be permitted without leave of Court. I seek permission to submit an addendum to the Defendant's pre-sentence memorandum to apprise the Court as to the status of restitution to the 14 victims listed in the Second Addendum to the PreSentence Report dated September 7, 2022, which was prepared and submitted by USPO Gregory Giblin. Alternatively, AUSA Farrell and I can simply address this issue with the Court at the time of sentencing.

Respectfully submitted,

Anthony M. Grandinette

AMG/mk
cc: All counsel via ECF

1