

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:MMO
F. #2021R00288

610 Federal Plaza
Central Islip, New York 11722

November 17, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. David Corwin*
                 Criminal Docket No. 21-218 (JS)

Dear Judge Seybert:

      The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, David Corwin, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

      Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about June 24, 2022 (*see* Docket Entry No. 24), the United States was directed to judicially seize and commence publication as to the seized assets described therein.  Publication was completed on September 23, 2022.  *See* Docket Entry no. 126 (Declaration of Publication). No third-party claims have been filed and the time to do so has expired.

      The government respectfully requests the Court to orally pronounce forfeiture at the defendant's sentencing and attach this Final Order to the defendant's Judgment

      Thank you for Your Honor's consideration of this request.

                                     Respectfully submitted,

                                     BREON PEACE
                                   United States Attorney

                By:   /s/  Madeline O'Connor
                         Madeline O'Connor
                         Assistant U.S. Attorney
                         (631) 715-7870

Encl.: Final Order of Forfeiture
cc:     Counsel of Record (by ECF)