FR: MMO
F. #2021R00288

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 18 2022   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

DAVID CORWIN,
    Also known as "Joe Klein"
              Defendant.

- - - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

21-CR-218 (JS)

WHEREAS, on or about March 7, 2022, David Corwin (the "defendant"), entered a plea of guilty to Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2252(a)(2);

WHEREAS, on June 24, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in one ASUS desktop computer, bearing serial number EAPDCG0009J3 seized on or about March 18, 2021, in Greenport, New York (the "Seized Device"), is forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a), as: (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) property, real and personal, constituting or traceable to gross profits or other proceeds obtained as a result of the defendant's violation of 18 U.S.C. § 2252(a)(2); (c) property, real or personal, used or intended to be used to commit or to

promote the commission of such offense of conviction or any property traceable to such property, and/or (d) a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning August 23, 2022, through and including September 23, 2022 (Docket no. 126); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Device and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Device is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the U.S. Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Device in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of

Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail one (1) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Law Clerk Beth Ann Bentley, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
       November 18, 2022

SO ORDERED:

HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK