

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEF
F. #2021R00288

*610 Federal Plaza*
*Central Islip, New York 11722*

November 23, 2022

By ECF

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. David Corwin
                 Criminal Docket No. 21-218 (JS)

Dear Judge Seybert,

      The government respectfully submits this letter in regard to restitution in the above-referenced case. On November 18, 2022, this Court sentenced the defendant and ordered that restitution be paid in an amount to be determined. ECF No. 40. At the time, the parties jointly advised the Court that the defendant had settled with each of the victims in the total amount of $52,000, and further, that the defendant had deposited the same amount with the Clerk's Office. Related to that, attached hereto is a proposed order (the "Order") that reflects that agreement, which the government respectfully requests be included with the Judgment. Counsel has already been provided a copy of the Order and consents to its entry. As stated in the Order, the government asks that Exhibit A thereto be maintained under seal as it has identifying information for victims.

                                       Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

                      By:   /s/_____
                                 Megan E. Farrell
                                 Assistant U.S. Attorney
                                 (631) 715-7862

cc:    Counsel for the defendant, by ECF
       U.S. Probation Officer Gregory Giblin