UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF RESTITUTION |
| – against – | Criminal Docket No. 21-218 (JS) |
| DAVID CORWIN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - X

WHEREAS, defendant DAVID CORWIN was sentenced on November 18, 2022, in the above-captioned case, and the defendant consents to this order of restitution,

1. This order of restitution will be incorporated by reference to the Judgment to be filed in connection with the above-captioned case.

2. The defendant is directed to pay restitution to the victims named, and in the amounts listed in Exhibit A to this order, which amounts were previously agreed-upon by the defendant and victims.  Exhibit A shall be kept under seal until further order of this Court, except that appropriate personnel of the Clerk's Office and the United States Attorney's Office shall have immediate access to it in order to make the distribution required by this order.

3. Restitution is due immediately. The total restitution amount to be paid is $52,000.00. See 18 U.S.C. § 3612(f).[1]  Payment shall be made to the Clerk of the Court, United States District Court for the New York Eastern District, 100 Federal Plaza, Central Islip, NY 11722.  The payment instrument shall reference the case name and number, as set forth above.

4. To the extent the funds are available to distribute, which the parties understand they are, the Clerk is directed to distribute restitution payments to the victims as

---

[1] Counsel for the defendant advises that a check in the amount of $52,000.00 was deposited in the Clerk's Office on November 18, 2022.

soon as possible. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated:   Central Islip, New York
         November ___, 2022

                                                _____
                                                HONORABLE JOANNA SEYBERT
                                                UNITED STATES DISTRICT JUDGE
                                                EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  Criminal Docket No. 21-218 (JS)

    - against -

DAVID CORWIN,

                Defendant.







Case 2:21-cr-00218-JS   Document 42-1   Filed 11/23/22   Page 6 of 6 PageID #: 320