**The Law Office of**
# ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

December 16, 2022

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                              Re:    USA v. David Corwin
                                             2:21-CR-00218 JS

Dear Judge Seybert:

      As you know I represent David Corwin in the above captioned criminal action. Procedurally, on October 13, 2022, my office filed a motion to modify Mr. Corwin's bail conditions, on consent of all parties, to permit him to leave his home confinement on notice to, and with the consent of pre-trial services, and permit him to visit his home at 640 First Street, in Greenport, on even days only, from the hours of 12:00 PM to 2:00 PM, to conduct routine maintenance, make minor repairs, and to meet contractors if necessary. That application was granted on October 28, 2022. *See* DE 31. However, the application itself requested the modification start from the "…date of this application ***until the date of his sentencing.***" *See* DE 29*, emphasis added.*

      On November 18, 2022, Mr. Corwin was sentenced thereby terminating Mr. Corwin's permission, on notice and consent of pre-trial services, to attend to maintenance matters at 640 First Street. At Mr. Corwin's sentencing, Your Honor was extremely thoughtful in extending Mr. Corwin's surrender date to May 31, 2023.

      The same reason's articulated in the original application requesting Mr. Corwin permission to attend to maintenance matters at 640 First Street still apply today. *See* DE 29.

Accordingly, Mr. Corwin seeks permission to permit him to leave his home confinement on notice to, and with the consent of pre-trial services, and permit him to visit his home at 640 First Street, in Greenport, on even days only, from the hours of 12:00 PM to 2:00 PM, to conduct routine maintenance, make minor repairs, and to meet contractors, if necessary, from the date of this application until his surrender date.

Amanda Sanchez[1] from Pretrial Services, who has been monitoring Mr. Corwin since Mallory Brady's maternity leave, and AUSA Megan Farrell, consent to the instant application.

Respectfully submitted,

Anthony M. Grandinette

AMG/mk
cc: All counsel via ECF and Amanda Sanchez by email

---

[1] Pre-trial services consented to the application conditioned on the requirement that that Mr. Corwin be required to "give notice to, and have the consent of pre-trial services," to visit 640 First Street.