United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**2:23-CV-09473(GRB)(AYS)**

1) indicated that this case is related to the following case(s):

2:21-CR-00218(JS)