May 16, 2024

Hon. Judge Joanna Seybert
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 30 2024 ★

LONG ISLAND OFFICE

**Re: Request to Publicize United States vs. David Corwin Warrant and Warrant Affidavit**
**Criminal Case: 2:21-CR-00218-JS.**
**Magistrate Complaint Case: 2:21-mj-357**

Dear Judge Seybert:

    Thank you for the courtesy of sending me a copy of the public docket sheet pertaining to criminal case 2:21-CR-00218-JS. This 2nd letter is to respectfully request to ensure the Clerk publicly posts the entire docket related to this case, particularly DN-2 and DN-8 of 2:21-mj-00357 and 2:21-CR-00218, and of the (hypothesized) sealed search warrant and affidavit for the search warrant.

    In response to my earlier request to unseal the Corwin cases, you noted that Magistrate Judge Arlene R. Lindsay ordered the case to be unsealed on March 24, 2021 (Document Entry No. 4). Despite this, Docket Numbers 2 and 8 from cases 2:21-CR-00218-JS and 2:21-mj-00357 are absent from the publicly accessible docket. The Court Clerk confirmed that these entries exist but remain sealed, and in some way this is preventing their appearance on the public docket.

    While I recognize that certain documents containing sensitive details like banking information, addresses, and personal data of victims or witnesses may remain permanently sealed, my extensive review of similar cases across more than 25 districts suggests it is unusual for documents to remain entirely invisible on the docket, even when sealed.

    I respectfully request that you consider ordering these documents to be unsealed and made available unredacted, or with minimal redactions as necessary. Should these documents have already been unsealed pursuant to Judge Lindsay's order, I kindly request the Court to ensure the Clerk provides access to them, whether unredacted or redacted to protect sensitive information, and to promptly post them for public viewing.

    In addition to DN-2 and DN-8, the search warrant case(s) associated with this criminal does not appear to be unsealed. Having reviewed more than 40 cases associated with this operation, all of which use nearly identical search warrants and

formulaic procedures, this case would be an outlier and anomalous if the government had not applied for a search warrant before going to Mr. Corwin's house. Even in the cases that utilized a "knock and talk", the government had a search warrant affidavit and application prepared in the instance the residents did not consent to a search. Thus, if there is a magistrate case that contains the search warrant application for Mr. Corwin, I respectfully request that it too be unsealed and made available to the public.

If there are any additional fees or formal procedures required to process this request please let me know so that I can promptly comply with them.

Thank you for your attention to this matter and for your additional review.

Respectfully,

Robert White
STE 247
4949 Brownsboro RD
Louisville, KY 40222



Robert White
7415 Wesboro Rd
Louisville, KY 40242

Hon. Judge Joanna Seybert
US District Court of The New York Eastern District
225 Cadman Plaza EAST
Brooklyn, NY 11201

```
WHITE                                    1 LBS        1 OF 1
(502) 552-5440                           SHP WT: 1 LBS
THE UPS STORE #1815                      DATE: 16 MAY 2024
4949 BROWNSBORO RD
LOUISVILLE KY 40222-3427

            US DISTRICT COURT OF THE NY E DISTR
            HON. JUDGE JOANNA SEYBERT
            225 CADMAN PLZ E

                NY 11201-1832
                NY 111 9-50
```



```
BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #2: BMW
```

#1 eco>LITE KRAFT BUBBLE MAILER
#1 eco>LITE KRAFT BUBBLE MAILER
#1 eco>LITE KRAFT BUBBLE MAILER
#1 eco>LITE KRAFT BUBBLE MAILER