# EXHIBIT 1

Exhaustion of Administrative Remedies

TRULINCS 36129509 - CORWIN, DAVID - Unit: DAN-L-A

---

FROM: 36129509
TO: Health Services
SUBJECT: ***Request to Staff*** CORWIN, DAVID, Reg# 36129509, DAN-L-A
DATE: 05/26/2024 09:41:44 AM

To: Ms. Adamson
Inmate Work Assignment: yard

Dear Ms. Adamson,

I am sending this email to notify you that I am posting an Inmate Request for Compassionate Release Consideration in hard copy via the interoffice mail May 26th.

All the best,
David Corwin